AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

JUSTIN HERRICK,

      V.    Plaintiff,

DAVID FREEMAN, Superintendent of Taylorville Correctional Center, GREGORY SIMS, Superintendent of Taylorville Correctional Center, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART,

      Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3137

TO: (Name and address of Defendant)

    ADAM McDOWELL
    Taylorville Correctional Center
    Route 29 South, P.O. Box 1000
    Taylorville, Illinois 62568

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Michael J. Costello
    Attorney at Law
    820 South Second Street, First Floor
    Springfield, Illinois 62704

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                            6/30/06

CLERK                                         DATE

s/Barb Race

(By) DEPUTY CLERK