AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

JUSTIN HERRICK,

Plaintiff,

v.

DAVID FREEMAN, Superintendent of Taylorville Correctional Center, GREGORY SIMS, Superintendent of Taylorville Correctional Center, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3137

TO: (Name and address of Defendants.

DAVID FREEMAN, Superintendent
Taylorville Correctional Center
Route 29 South, P.O. Box 1000
Taylorville, Illinois  62568

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Costello
Attorney at Law
820 South Second Street, First Floor
Springfield, Illinois .62704

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK    s/Barb Race

(By) DEPUTY CLERK

DATE  6/30/06