AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

JUSTIN HERRICK,

    V.    Plaintiff,

**SUMMONS IN A CIVIL ACTION**

DAVID FREEMAN, Superintendent of Taylorville Correctional Center, GREGORY SIMS, Superintendent of Taylorville Correctional Center, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART,

CASE NUMBER: 06-3137

TO: (Name and address of Defendants.

GLENDA WORTLEY
Taylorville Correctional Center
Route 29 South, P.O. Box 1000
Taylorville, Illinois 62568

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Costello
Attorney at Law
820 South Second Street, First Floor
Springfield, Illinois 62704

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

6/30/06

CLERK

s/Barb Race

(By) DEPUTY CLERK

DATE