AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

JUSTIN HERRICK,

        V.    Plaintiff,

**SUMMONS IN A CIVIL ACTION**

DAVID FREEMAN, Superintendent of Taylorville Correctional Center, GREGORY SIMS, Superintendent of Taylorville Correctional Center, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART,

    Defendants.

CASE NUMBER: 06-3137

**FILED**

JUL 24 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: (Name and address of Defendant)

DR. LOCKHART
Taylorville Correctional Center
Route 29 South, P.O. Box 1000
Taylorville, Illinois 62568

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Costello
Attorney at Law
820 South Second Street, First Floor
Springfield, Illinois 62704

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ B. Race

(By) DEPUTY CLERK

DATE  6/30/06

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 03, 2006 |
| NAME OF SERVER (PRINT) ROBERT CARTER | TITLE PRIVATE INVEST. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED on SUSAN SUGGS, RECORD SUPV. 2:10 p.m. TAYLORVILLE CORRECTIONAL CENTER

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 03 2006    R. Carter
            Date             Signature of Server

ONSITE INVESTIGATIONS
P.O. Box 9092
SPRINGFIELD, IL 62791
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE OF WRITS
## BY A PRIVATE PERSON

JUSTIN HERRICK (Plaintiff)

vs.

DAVID Freeman, Superintendent of Taylorville Corr. Cntr, GREGORY SIMS, Superintendent of TAYLORVILLE Corr. Cntr, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART

U.S.D.C. Central Dist. of Illinois
No. 06-3137

## AFFIDAVIT OF SERVICE

ROBERT CARTER on oath states: I am over 21 years of age and not a party to this case. I served the Summons and a copy of the complaint upon defendant(s) as follows:

(A.) **Personal Service** on defendant _____, by leaving a copy of the attached document(s) and of the complaint with the defendant personally on _____, 20____ at the hour of _____ m. at _____ Street, _____ County.

(B.) **Alternate Service** on defendant _____, by leaving on _____, 20____ at the hour of _____ m. at _____ Street, _____ County, his usual place of abode with _____ a person of his family, of the age of 13 years or upwards, informing that person of the contents of the attached document(s) and also by sending on _____, 20_____, a copy of the attached document(s) in a sealed envelope with postage fully prepaid, addressed to the defendant(s) at his usual place of abode.

(C.) **Corporation or Business** _____ by leaving a copy of the attached document(s) with _____ of the corporation on _____, 20_____, at the hour of _____ m. at _____ Street, _____ County _____.

1. Gregory Sims
2. Adam McDowell
3. Glenda Wortley
4. Dr. Lockhart

(D.) **Other service** Susan Suggs Accepted for following at 2:10 p.m. 7/3/06 (Record Suprv)

R. Carter

| REASON NOT SERVED | | ATTEMPTED SERVICE | | |
|---|---|---|---|---|
| | | DATE | TIME | AM/PM |
| ___ 01 Moved | 110 Weight | | | |
| ___ 02 No Contact | 505 Height | | | |
| ___ 03 Empty Lot | ___ Age | | | |
| ___ 04 Not Listed | Blondy Hair | | | |
| ___ 05 Wrong Address | Cau Race | | | |
| ___ 06 So Such Address | | | | |

Signed and sworn to before me
July 5, 2006

OFFICIAL SEAL
RONDA L. ANDERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2006