E-FILED
Wednesday 26 July 2006  04:49:47 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

JUSTIN HERRICK,

              Plaintiff,

V.

DAVID FREEMAN, Superintendent of Taylorville Correctional Center, GREGORY SIMS, Superintendent of Taylorville Correctional Center, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART,

              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-3137

**FILED**

JUL 2 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: (Name and address of Defendant)

DAVID FREEMAN, Superintendent
Taylorville Correctional Center
Route 29 South, P.O. Box 1000
Taylorville, Illinois 62568

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Costello
Attorney at Law
820 South Second Street, First Floor
Springfield, Illinois 62704

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                                  6/30/06

CLERK                                                                  DATE

    s/ B. Race

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 04, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT CARTER | PRIVATE INVEST. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2501 CHARLACK, Springfield, IL. 09:22 A.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 04, 2006      R. Carter
           Date                  Signature of Server

ONSITE INVESTIGATIONS
P.O. Box 9092
Springfield, IL. 62791
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**AFFIDAVIT OF SERVICE OF WRITS
BY A PRIVATE PERSON**

JUSTIN HERRICK
(Plaintiff)

vs.

DAVID Freeman, Superintendent of Taylorville Corr. Cntr, GREGORY SIMS, Superintendent of Taylorville Corr. Cntr, ADAM McDOWELL, GLENDA WORLEY, DR. AHMED and DR. LOCKHART

U.S.D.C.
Central Dist. of Illinois
No. 06-3137

**AFFIDAVIT OF SERVICE**

ROBERT CARTER on oath states: I am over 21 years of age and not a party to this case. I served the Summons and a copy of the complaint upon defendant(s) as follows:

(A.) **Personal Service** on defendant DAVID FREEMAN, by leaving a copy of the attached document(s) and of the complaint with the defendant personally on JULY 4, 2006 at the hour of 9:22 A. m. at 2501 CHARLACK, SPRINGFIELD, IL Street, SANGAMON County.

(B.) **Alternate Service** on defendant _____, by leaving on _____, 20____ at the hour of _____ m. at _____ Street, _____ County, his usual place of abode with _____ a person of his family, of the age of 13 years or upwards, informing that person of the contents of the attached document(s) and also by sending on _____, 20_____, a copy of the attached document(s) in a sealed envelope with postage fully prepaid, addressed to the defendant(s) at his usual place of abode.

(C.) **Corporation or Business** _____ by leaving a copy of the attached document(s) with _____ of the corporation on _____, 20_____, at the hour of _____ m. at _____ Street, _____ County _____.

(D.) **Other service** _____

R. Carter

**REASON NOT SERVED**
___ 01 Moved          190 Weight Approx
___ 02 No Contact     6'01 Height Approx
___ 03 Empty Lot      ___ Age
___ 04 Not Listed     Blk Hair
___ 05 Wrong Address  Blk Race
___ 06 So Such Address

**ATTEMPTED SERVICE**
DATE        TIME      AM/PM
07-03-06    5:45      P.M.  2819 Cronin Spfld, IL
07-04-06    9:00      A.M.  2819 Cronin Springfield, IL

Signed and sworn to before me
July 5, 2006
Ronda L. Anders
Notary Public

OFFICIAL SEAL
RONDA L. ANDERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-7-2006

Service _____ Mileage _____ Extra Charge _____ TOTAL: $ _____