**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| JUSTIN HERRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 06-3137 |
| ) | |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED and DR. ) | |
| LOCKHART, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, GREGORY SIMS, ADAM McDOWELL, and GLENDA WORTLEY, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure Rule 56(b). In support thereof, Defendants state as follows:

1. Plaintiff, an inmate incarcerated within the Illinois Department of Corrections, filed the instant action regarding events that occurred while he was in Taylorville Correctional Center.

2. Plaintiff failed to exhaust his administrative remedies.

3. There is insufficient evidence to show that Defendants were deliberately indifferent to Plaintiff's serious medical needs.

4. Plaintiff has failed to show the personal involvement of Defendant Sims.

5. The Defendants are entitled to qualified immunity in this matter.

6. Attached hereto and incorporated herein is a memorandum of law in support of this motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant their Motion for Summary Judgment.

        Respectfully submitted,

        GREGORY SIMS, ADAM McDOWELL,
        and GLENDA WORTLEY,

          Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois,

          Attorney for Defendants,

    s/ Michael J. Lanzdorf
    Michael J. Lanzdorf,  #6286675
    Attorney for Defendants
    Assistant Attorney General
    500 South Second Street
    Springfield, IL   62706
    Phone: (217) 782-9056
    Fax: (217) 782 -8767
    E-Mail: mlanzdorf@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Michael J. Costello / Email: costello.M@sbcglobal.net
Theresa M. Powell / Email: tpowell@hrva.com

Respectfully submitted,

s/   Michael Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us