E-FILED
Friday, 08 September, 2006  02:18:58 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JUSTIN HERRICK, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART, | ) |
| Defendants. | ) |

### DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, GREGORY SIMS, ADAM McDOWELL, and GLENDA WORTLEY, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their Amended Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure Rule 56(b) to comply with Local Rule 7.1(D)(1)(b). In support thereof, Defendants state as follows:

1. Defendants filed their Motion for Summary Judgment on September 1, 2006.

2. Defendants failed to include an "Undisputed Material Facts" section, as required by Local Rule 7.1(D)(1)(b).

3. Defendants now seek to amend their Memorandum in Support of Defendants' Motion for Summary Judgment to comply with Local Rule 7.1(D)(1)(b).

4. Plaintiff will not be prejudiced by such amended motion because it does not include any additional facts.

5. Attached hereto and incorporated herein is a memorandum of law in support of this amended motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant their Amended Motion for Summary Judgment.

Respectfully submitted,

GREGORY SIMS, ADAM McDOWELL,
 and GLENDA WORTLEY,

   Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

   Attorney for Defendants,


  s/ Michael J. Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2006, I electronically filed Defendants' Amended Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Michael J. Costello / Email: costello.M@sbcglobal.net
Theresa M. Powell / Email: tpowell@hrva.com

Respectfully submitted,

  s/   Michael Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us