**E-FILED**
Tuesday, 19 September, 2006  12:17:50 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| JUSTIN HERRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 06-3137 |
| | ) | |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO SUPPLEMENT MEMORANDUM
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, GREGORY SIMS, ADAM McDOWELL, and GLENDA WORTLEY, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Supplement their Memorandum in Support of Defendants' Motion for Summary Judgment, pursuant to Federal Rules of Civil Procedure Rule 15(d), state as follows:

1.      Defendants filed their Memorandum in Support of their Amended Motion for Summary Judgment on September 8, 2006.

2.      Defendants did not attach Plaintiff's medical records because the Court had not yet entered a HIPAA Qualified Protective Order to prevent the unauthorized disclosure of protected health information during the course of this litigation.

3.      The Court entered a HIPAA Qualified Protective Order on September 18, 2006.

4.    Defendants now seek to supplement their Memorandum in Support of Defendants' Amended Motion for Summary Judgment to include Plaintiff's medical records. (Def.'s Ex. 1-10, attached hereto.)

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant their Motion to Supplement their Memorandum in Support of Defendants' Motion for Summary Judgment.

Respectfully submitted,

GREGORY SIMS, ADAM McDOWELL,
 and GLENDA WORTLEY,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,


    s/ Michael J. Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2006, I electronically filed a Motion to Supplement Memorandum in Support of Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Michael J. Costello / Email: costello.M@sbcglobal.net
Theresa M. Powell / Email: tpowell@hrva.com

Respectfully submitted,

    s/   Michael Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

State of Illinois — Department of Corrections

## Problem List

Resident's Name: _HERRICK    JUSTIN_    Resident's Number: _K91865_

| Problem Number | Date Entered | Problem | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| 1 | 12/5/00 | NKA | | |
| 2 | 12/5/00 | SR ASTHMA "91" | | |
| 3 | 12/5/00 | R KNEE ACL SURGERY 95" | | |
| 4 | 12/5/00 | ETOH USE / marijuana use | | |
| 5 | 12/5/00 | GLASSES | | |
| | | Chronic meds  Albuterol inhaler | | |
| | | ☐ NO  CURRENT HEALTH CARE CONDITION(S) REQUIRING HEALTH CARE PLANNING. ☒ YES HEALTH CARE PLANNING NEEDED DUE TO FOLLOWING HEALTH CONDITIONS. _asthma_ | | |
| | 9/23/01 | Problem List reviewed, updated | | |
| 6 (10-12-01) | 10-12-01 | No Chronic med | | |
| 7 | 10-12-01 | Removed from asthma Clinic | | 10-12-01 |
| 8 | 9/13/04 | S/P ① ACL repair | | |
| | | Taylorville Correctional Center Problem List Updated Date  8-11-05 Initials  DY | | |

EXHIBIT 1

DC 7141-A  IL 426-0061  Revised, October, 1986

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

**Offender Information:**

Herrich, Jeston                    E91815
_____                _____        _____
Last Name                          First Name              MI      ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/19/03 7³⁰p | RN Note<br>S I would like to see doctor about doing adaptive gym - due to my (R) knee problems<br>O Temp 97 p 50 B/p 148/80 Had surgery lt knee '95" - wants to do adaptive gym<br>A As above | P MDSC<br>Vaughn Signs<br>MWilson |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

Printed on Recycled Paper

EXHIBIT 2

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Herrick | Justin | ID#: K91065 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-22-03 | **MD NOTE** | Pt advised |
| 0925 | 161  972  20   158/84   100 | to do squats |
| | S- states that he | & sits |
| | had ~~no~~ surgery | in cell if |
| | ® knee in 1994. | can't finish |
| | Pt had been using moun- | t to gym. |
| | tain bike regularly be- | |
| | fore his incarceration | |
| | Now pt requests allow | |
| | to gym. | Lachard, MD |
| | O- Ext. ® lat thigh | |
| | measure 52 cm | |
| | at mid region. ® | |
| | knee scar. F.R.O.M | |
| | & nontender. | |
| | ® H/o ® knee | |
| | surgery 1994 | |
| | healed | |



Facility: **TAYLORVILLE**

State of Illinois – Department of Corrections

## INMATE INJURY REPORT

Inmate's Name _Herrick, Justin_   Inmate's Number _K91865_

Age _25_   Birthdate _8-5-77_   Sex _M_   Race _W_

Date of Injury _7-1-03_   Time _1:30 pm_

Location _Yard_

How Did Injury Occur? _Playing soccer, going for ball &_
_all weight went on (R) Knee_

Was It Job Related? _∅_

Was It Witnessed by Staff?  Yes/No If Yes, Then List Names _____

Any Suggestions by Staff or Inmate for Prevention of Recurrence: (circle) Staff/Inmate
_more careful playing sports_

_____
Signature of Individual Preparing Report

_7-2-03_
Date

(Medical Report on Reverse Side)

DC 7111-1A1
IL 426-0023 (3-90)    Printed on recycled paper

**EXHIBIT**
tabbies
**3**

Inmate's Name _Verrick, Justin  K91865_

## INMATE INJURY REPORT

Time of medical evaluation __0625__  (a.m.)  p.m.    Date __7-2-03__

Physician Notified _____  a.m.  p.m.    Date _____

**S** (Inmate Account) "I was playing soccer & came down on my
(R) Knee with all my weight & I felt it pop

**O** (Objective Findings)
Vitals T _97'_  P _74_  R _16_  BP _126/72_  Tetanus _____
(R) Knee c swelling noted, unable to straighten
knee out, hx of (R) knee surgery

**A** (Evaluation of Injury) (R) Knee c swelling noted to inner
& outer aspect of knee

**P** (Treatment and Follow-up) ice to (R) knee
advil
slow walk          MASC
layin
low bunk
advil ii po gid x 3d

Disposition of Patient: ☐ Return to Assignment  ☒ Housing Unit  ☐ Lay-In  ☐ MD
☐ Infirmary  ☐ Off Site Referral for Treatment – Destination _____

_____
Signature and Title

I have reviewed this report and would like to see this inmate:
☐ immediately  ☒ next sick call  ☒ PRN.

H. Loenard MD _____ **M.D.**
Signature
7/3/03
Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Taylorville _____ Center

| Offender Information: |
|---|
| Herrick    Justin    ID#: K91883 |
| Last Name    First Name    MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-17-05 | **MD NOTE** | |
| 0935 | 158  98⁵  20  121/76  60 | |
| | S. Has recently been fitter with eye glasses. he can see well with state glasses Has a pain of glasses sent by his pares | Ref. to Eye doctor / optometrist |
| | O Cornea anterior chamber clear | Rx for checking his eye glasses |
| | A Myopia | |
| | s-v Ghosh | s-v Ghosh |
| | | Rem |
| | RN NOTE | |
| 1203 | See IM enjury report | AHelm |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Taylorville _____ Center

| Offender Information: | | |
|---|---|---|
| Herrick | Justin | S. K 91865 |
| Last Name | First Name | MI    ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-3-03 12¹⁵pm | **MD NOTE** 157½ 98² 20 64 138/61<br><br>S. ® knee pain after soccer injury c̄ much pain + can't bear wt. Felt snap<br><br>O. ® knee tender medially<br>Lachman neg.<br>Good ROM<br>Patella nontender<br><br>A. ® knee sprain | ① May IN ✓<br>X-ray 72°<br>② X-ray<br>® knee ✓<br>③ large Neoprene brace<br>④ Crutches further until 7-17-03 X14D ✓<br>⑤ Slow walk shorter x14D ✓<br>⑥ Advil ✓ 7-3 POQ 10x14D<br>⑦ Vicodin T PO BID P20 X7D ✓<br>⑧ F/U Wed 7-9-03 |

H. Lochard MD

Printed on Recycled Paper
DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

# imaging Associates, LLC.

319 E. Madison Street
Springfield, Illinois 62701
(217) 522-3577

PATIENT :              Herrick, Justin
FACILITY:              Taylorville Correctional Center
PRISON NO.:            K91865
REFERRING PHYSICIAN:   Lochard
Date Performed:        7/3/03
AGE:                   8/5/77

7/03/03

*********************************************************************

## RADIOLOGICAL REPORT

7/03

CLINICAL DIAGNOSIS:

PART X-RAYED:          RIGHT KNEE

There is evidence of prior surgery with a threaded screw present within the proximal tibia beneath the medial tibial plateau and another within the distal femur.  There is a small density noted in the projection of the joint space of the knee measuring approximately 1.5mm in diameter as seen on the AP view.  This could represent a film artifact or a small soft tissue calcification which I cannot localize.  There is minimal narrowing of the joint space of the knee and of the patellofemoral space.  There is no evidence of an acute fracture.

CONCLUSION:  1.    There is evidence of prior surgery as described.

2.    There is minimal narrowing of the joint space of the knee and narrowing of the patellofemoral space.

3.    There is no evidence of a fracture.

4.    There is a tiny density approximately 1.5mm in diameter in the projection of the joint space of the knee in the intercondyloid notch region as seen only on the AP view.  This could represent a film artifact or soft tissue calcification which cannot be localized.

| Taylorville Correctional Center |
| Date Rec'd HCU: |
| M.D. Reviewed 7/9/03 |
| Recall Next Line _____ |
| See Chart Date Soon _____ |
| See Progress Note _____ |
| File _____ |
| Other _____ |

D/T: 07/08/03
1:57 PM

Peter Weinberg, M.D./rn
Radiologist

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

Offender Information:

| Last Name | First Name | MI | ID#: 1C9186S |
|-----------|------------|-----|-------------|
| Herrick | Justin | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7-8-03 16:00 | Rt Knee X-ray Done | L. Umbright (H) |
| 7-9-03 1418 | **MD NOTE** 160  98⁷  20  122/63  54 | Dte crutch |
| | S. States that Rt knee better | MC layton |
| | able to walk and do deep knee bends | Low Bunk x 12 wo |
| | O. Rt knee c small tenderness medial side. No swelling. Hyper flexion & extension | Fly board |
| | A. Rt knee Sprain better | |

Printed on Recycled Paper

EXHIBIT 4

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Last Name: Herrick | First Name: Justin | MI: |
| | | ID#: K91865 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | LAB LINE | |
| | Date 7/7/03  Time _____ | |
| | ~~Blood draw for~~ | MD NOTE |
| | Reduced Crutches | |
| | Drawn From _____ | |
| | Signature L Allgood DE | |
| 7-24-03 | **MD NOTE** | Recont Neo- |
| 1124 | 160  98²  20     133/25   82 | ① mone |
| | S. States that ® | ② Advil 2-3 |
| | knee much better | PO qd x 8d |
| | + able to bear weight | ③ No sports |
| | & not limp — | ④ Fu 10/03 |
| | O. X-Ray — Narrowing | |
| | patellofemoral space | H. Lochard MD |
| | ® knee — full now | |
| | + mild tenderness | |
| | interiorly. Lachman | |
| | neg. Hyperflexure's | |
| | ① ® knee spasm | |
| | better | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes

Taylorville Correctional            Center

| Offender Information: | | |
|---|---|---|
| Herrick | Justin | ID#: K91865 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-21-03 | **MD NOTE** | |
| 1122 | 163  97°  20  131/82  88 | ① Refrain |
| | S Statement R | from all |
| | better but pain still | sports |
| | O Pinch c | |
| | tenderness in | ② Advil |
| | hamstring tendon | 2-3 po TID |
| | Medially c mild | x 2 W |
| | tenderness. | |
| | | ③ cont |
| | hamstring | |
| | field pain | mace pat |
| | ① kneel. | |
| | pain | H Lochard MD |
| | mypositive | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_____ Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Herrick | Justin | ID#X 91865 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **MD NOTE** | |
| | PPD Administration | |
| | PPD Administration | |
| | Date _____ Time _____ | |
| | Date ONE _____ Time _____ | |
| | S  NONE  Connaughts Tubersol | |
| | O  .1 ml Connaughts Tubersol | |
| | Lot Administered to | |
| | A  Routine PPD | |
| | A  Routine PPD | |
| | | |
| | PPD Administration | |
| | Date 8-10-03 Time 0900 | P   Read PPD in 48/72 hours |
| | S  NONE | Signed _____ |
| | O  .1 ml Connaughts Tubersol | Date _____ Time _____ |
| | Lot 0125941 Exp. 2-10-04 | Results _____ |
| | A  Administered  LEA | Signed _____ |
| | A  Routine PPD | |
| | | Time _____ |
| | | Date _____ Food Handler Approved |
| 8·14 03 | **OPTOMETRY CLINIC** | Barnen |
| 10 03/03  645A  #5 | **OPTOMETRY CLINIC** | Lallgood RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

MUSCLE PAIN/STRAIN

**Offender Information:**

Herreck                    Justin            ID#: K 9186
Last Name                  First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Date 12-20-3 Time 2015 | S. Date of Onset: Chronic knee pain + lumbago (R) | (R) Tylenol 2 every 4 hrs. PRN |
| | Cause: Unknown NID | --Cool compresses for 24 hours |
| | Weight Lifting __ Sports NID | Then |
| on off | What helps: Rest | WMP as necessary. |
| | What makes worse: Activity | --Elevate affected part. |
| | Where is the pain: center knee | --Complete injury report |
| | Is pain constant or does it come and go: | --or Advil 2 tabs every 4 hrs PRN |
| | Is pain sharp or dull: | --Ace wrap if needed |
| | It feels like knee is unstable | |
| | | PATIENT TEACHING: |
| | O. T 97 P 91 R 20 B/P 145/XX | --Medication use |
| | __ deformities of area at rest | --Use of cold, then hot application |
| | __ with movement | Area has healed and is free of pain |
| | __ Swelling NID __ Redness | (Approx. 2 weeks) |
| | NID Tenderness ____ Bruising | --Instruct in proper warm up before |
| | NID Decreased ROM | Strenuous exercise. |
| | ____ Ottowa Ankle Rules: S/S yes no | --Instruct in proper body mechanics |

Distribution: Offender's Medical Record

Printed on Recycled Paper

EXHIBIT 5

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

MUSCLE PAIN/STRAIN

Offender Information:

_Denicle_ _Justin_ _____ ID#: _K91865_
Last Name    First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | _____ Ottowa Knee Rules: S/S  yes – no | — Importance of return to sick call if |
| | _____ Snuff box tenderness: yes / no | Symptoms persist for 2 days or |
| | | worsen. |
| | | **Assess** Co-Pay  yes     no |
| | **A.** Joint injury/sprain | **Voucher** Signed  yes     no |
| | Muscle injury/strain | _Barnica_ |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Taylorville Correctional** _____ **Center**

**Offender Information:**

Last Name: Herrick    First Name: Justin    MI: ___    ID#: K91865

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12-26-03 948A wt 168 | **MD NOTE** 98.0  63  18  140/93 | |

S. lump on ® thigh x 1 year. Started out small & has gotten bigger. No injury. Hurts a little. ⊖ as fired pain

O. ① anterolateral thigh c 6.5cm soft tissue mass nontender

② knee tender c full ROM

Do. Med ① knee arthritis

② lipoma ® thigh

Plans: ① Tx reassessed
Vital signs: mass is benign
② May exercise
③ Advil POBID x 120

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Herrick | Justin | ID#: A91865 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-20-04 | OPTOMETRY CLINIC | D. Kehoe OD |
| 0917 | | P. H. Kehoe, OD, FAAO |
| | | |
| | | |
| 3-24-04 | OPTOMETRY CLINIC | D. Kehoe OD |
| 1:44 pm | Adjusted Eyeglass | P. H. Kehoe, OD, FAAO |
| | | |
| 4/23/04 | Administrator note | P: refer to Dr |
| 1315 | S: wants to possibly have | Lochard and |
| | MRI of R knee — | explained how |
| | O: cell line - x-rays reviewed | to obtain copies |
| | A: knowledge deficit | of medical |
| | | records — |
| | | Event H.U. |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**E-FILED**
Tuesday, 19 September, 2006  12:19:55 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

| FRACTURES, DISLOCATIONS, SPRAINS | Offender Information: |
|---|---|
| | Last Name: Herrick   First Name: Justin   MI:   ID#: K91865 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6.5.04 Date: 194 | S. "I had surgery 10 yrs ago et i always have trouble ∠" | P. Cold application every 24 hours, Then heat. |
| Time: | | Tylenol 2 every 4 hours PRN  Motrin |
| wt 182 | O. T 97.4  P 59  R 78  B/P 143/83 | Elevate extremity |
| | Date of injury: see above | Place in the infirmary or Lay-in for 24 |
| | How: Hx | Hours to observe.  Crutches |
| | Site: Rt Knee | See MD if not improved in 24 hours |
| | ⃝ Swelling  ⃠ Immediate | Any deformity |
| | ⃝ After  ___ length of time | Severe pain |
| | Yes Pain  intermittent Type | Severe swelling |
| | 5 Scale 1 – 10 | Discoloration |
| | ___ Previous injury same site | Decrease in range of motion  Yes |
| | ⃠ Deformity  ⃠ decrease in range of motion | Decrease in temp. or pulse in |
| | ⃠ Discoloration  ___ Temperature | Extremity |
| | ⃠ Sensation  ⃠ Pulse | Positive findings with Ottawa rules  N/A |
| | ⃝N/A Ottawa ankle rules | |
| | N/A Ottawa knee rules | |

EXHIBIT
6

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

FRACTURES,
DISLOCATIONS, SPRAINS

| Offender Information: | | |
|---|---|---|
| *Herrick* | *Justin* | ID#: *K 91866* |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6.5.09 19:40 | N/A snuffbox tenderness | PATIENT TEACHING: |
| | | Explain use of medication; also write |
| | A. FRACTURES, DISLOCATIONS, SPRAINS | On lay-in slip |
| | | Explain application of cold and heat |
| | | Instruction on keeping extremity |
| | | Elevated. |
| | | Explain with return |
| | | Demonstration of crutch use |
| | | Explain importance of return to sick |
| | | Call if pain is not relieved by analgesic |
| | | Increased swelling and/or numbness |
| | | Develops. |
| | Assess Co-Pay     yes ___ ✓ no ___ Voucher Signed     yes ___ no ___ | |
| | | L. Klemm RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

**Offender Information:**

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Herrick | Justin | S | 1<9<868 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-8-04 1500 | **MD NOTE** 163 98⁸ Rt 148/102 163/88 94 20 S. Pt states that he walks 5-6 laps 3x/wk in yard. States he has pain in his (R) knee. States R knee does not feel right. 1994 Pt had arthroscopy for MCL tear. O (R) knee č mild tender ness and full ROM. A. (R) knee pain — H/o ACL repair Elevated BP | (1) Get medical records from Dr Huss in Decatur Il. (2) Low Bunk X 12 mo (3) Advil 400mg 1ⓧ X 30 d (4) PT 3wk (5) 8+p sea- toning exercise (6) Flowsheet BP/Knee 6-29-04 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

Offender Information:

| | | |
|---|---|---|
| Herrick | Justin | S  ID#: 1591861 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/31/04<br>0915 | MD NOTE<br>S) MD unable to see pt today for F/u m MRC<br>A) | P. rescheduled for 7/2/04<br>_[signature] MD_ |
| 7/2/04<br>1020 | MD NOTE<br>133/63  81  20  98.²  166ᵗ<br>S Stats that he injured his Ⓡ knee during sports 1 yr ago. States that he does lightweights. States Ⓡ knee feels unstable and feels like its going to give out. States that he only | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Herrick | Justin | S | ID#: K91865 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/2/04<br>1020<br>AM | exercise usu exercise bike and does light jogging once or twice a wk. States that he's had to catch himself after taking a step so that (R) knee doesn't buckle. O. (R) knee c̄ (A) ant drawer's sign. Mild instability. No swelling. Hyperflexion c̄ ↑ tenderness. (R) knee pain c̄ Hx Surgery | (1) PCP 7/6/04<br>(2) No sports activity<br>Workout Rx? mansfield |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

Offender Information:

Last Name: _Jemeh_  First Name: _Justin_  MI: ___  ID#: _K91805_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/6/04 9:10a Pm | **MD NOTE** S CP O Discussed c Dr Cynthia Alston Pt needs ortho eval ct R knee instability & p/o ACL reconstruction 1994 & re-injury 1yr ago Dr Alston agrees A/P Collegial Review R knee instability | refer to Dr Trice (done) Hochard MD [signature] |

#7

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Herrick | Justin | S | ID#: K91865 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-15-04 10:00 | RN Note  S. Ø  O. Packet picked up by C/O Butler  A med writ this afternoon  Dr Trice  ®  knee instability | P. Med Writ  RSmith RN |
| 7.15.04 5⁵⁵ p | RN Note  S: Ø c/o  O: returned from med writ (Dr. Trice)  X-rays also returned. 99.0 154/88, 101 8  A: return from med writ | P: cont POC  as ordered  ǂ Harmon RN |
| 7/20/04 954 Am | **MD NOTE**  S - CP  O. Discussed c̄ Dr.  Owens. Needs MRI ⓝ  knee and Ortho Fllw.  Ⓞ Collaged Review  Ⓞ ® knee instability | ® refer for  MRI ® knee  (done)  ② refer to Ortho  for Fllw (done)  Hochard  NP  S Young |

EXHIBIT 7

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| Herrick | Justin | ID#: K91865 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-29-04 | RN Note: | P. Await return |
| 0205 | S: ∅ | RLnn |
| | O: I/m Med packet picked | |
| | up By C/O Gerlach I/m to | |
| | go to DMH for 2 appts | |
| | 9:30 Am & 1 pm | |
| | A: med w.r.t. | |
| | | |
| 7-29-04 | RN Note | P. Pt returned |
| 1555 | S: ∅ | from Med Writ |
| | O: Pt returned from Med Writ Returned to HU | |
| | @ DMH. V/S Stable T97.2 R16 J. E. Galvin | |
| | P.91 B/P 138/78. | |
| | A: Med Writ Return | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| *Herrik* | *Justin* | *S* | ID#: K 9865 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/30/04 9:16 AM | **MD NOTE** S-CN O. *blad MRI* ® knee as well as seeing Orthope-dies Ⓐ ® knee instability | ① *Please* get MRI results from DMH Thochan... *Mansfield* |

MANDATORY ANNUAL PPD
DATE AND TIME GIVEN: 8/10/04 @ 1p
SITE: LFA    LOT# C1060AA
EXP. DATE: 10-04  MANUFACTURER: Tubersol
SIGNED: CMansfield
DATE AND TIME READ: 8-13-04 @ 9A
RESULTS: 0mn
SIGNED: CMansfield
FH APPROVED:  YES ✓  NO

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional          Center

Offender Information:

Herrick          Justin          ID# K-91865
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/31/04 1006 Aw | MD NOTE<br>S: CI<br>O: Discussed c Dr Funk and agrees to (R) Knee ACL reursion<br>A: Collegial Review | (1) Refer to Dr Trice (done)<br><br>H. Lochard, MD |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC-7.11)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional                Center

Offender Information:

Perriecho                Justin                ID#: K91865
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-10-04 | RN note | P- MedQwrit |
| 0620 | S- Ø | J. Haines RN |
| | O- Med writ packet given to | |
| | C/O J. Werner to give to CUS | |
| | accompanying I/M on medwrit | |
| | to Decatur Memorial Hospital | |
| | Decatur, IL for sur. Rt. ACL | |
| | per Dr. Tribe ─── | |
| | A- Informational medwrit | |
| 9, 10, 04 8 P | RN Note | |
| | I/M has been admitted to DmH | |
| | Dr. Lochard was informed it Harold informed | |
| | Dr. Lochard to call DmH. ─── j Harms RN | |
| 9¹⁰ P | RN Note | |
| | Call here from Doctor Lochard. | |
| | I/M Being observed, monitored for pain | |
| | to be back to TCC on Sat ─── j Harms RN | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Taylorville _____ Center

| Offender Information: |
| Last Name: _Herrick_    First Name: _Justin_    MI: ___    ID#: _K91865_ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-12-04 | RN Note | |
| 1450 | S. Ø | |
| | O. Return from DMH | |
| | surgery ®ACL per | |
| | Dr Trice. 135/79 98-16 979 | |
| | has brace ® leg | |
| | upper thigh to ankle | |
| | has cryocuff in place | |
| | thermos filled c̄ ice | |
| | and tubing reconnected | |
| | Order PT start Monday | |
| | Passive ROM c̄ active assist | |
| | in flexion but no active | |
| | flexion for 6 wks. Drsg | |
| | Δ Dly beginning Monday | |
| | Keep incision dry crutches | |
| | Toe touch wt bearing  on ® Next | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Taylorville _____ Center

Offender Information:

Last Name: Hessick    First Name: Justin    MI: ___    ID#: K91865

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | F/U appt c̄ Dr Trice for 1 wk from Thurs! A. Post R ACL repair | P. Dr Lochard called place +M in infirmary Vicodin ī-īī Q 4° PRN as needed cont cryocuff, brace and activity c̄ crutches. Will see in AM T.O. Dr Lochard/ R Smith RN |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Taylorville _____ Center

**Offender Information:**

Herrick          Justin          ID# K91865
Last Name        First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 9/13/04 807 am | MD, Psychiatrist, Dentist, or Licensed Psychologist Note: | P.  Diet (Specify) general |
| | Admission Status: (Circle One) | |
| | **Acute**          Chronic | Activity |
| | Reason for Admission: S/P (R) ACL surgery | crutches |
| | | Frequency of Vital Signs: q shift ____Daily ____Weekly |
| | S.  Brief History (R) knee instability c̄ 2 prior ACL surgery 1994. Recently had repair RACL Has pain (R) knee | Medication Orders: Vicodin as ordered |
| 135 74 77 16 99.7 | O.  Physical Examination: (R) LE c̄ cryo cuff. R ankle c̄ edema. Lg CLear Heart rrr BS⊖ | Diagnostic Procedures and/or Therapeutic plan: ① F/U c̄ Dr Trice ② Dr 9-23-04 Passive ROM (R) knee but no active flexion x 6 wks |
| | A.  Admitting Diagnosis: S/P (R) ACL Revision | ③ Passive ROM |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Taylorville _____ Center

**Offender Information:**

Last Name: *Herrick*     First Name: *Justin*     MI: ___     ID#: *K91865*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/13/04 807 Amy | | ① RX knee ② Active assisted flexion and no active extension ③ Knee for 6 wks ④ Cryo cuff ⑤ change fluid in Cryo cuff freq., @ 1-2° |
| | | *(signature)* H. Lochard, MD |
| | | *(signature)* A. E. Kelvin |

HOME HEALTH AGENCY
**PATIENT PROGRESS REPORT**

ST. VINCENT MEMORIAL HOSPITAL
Taylorville · Illinois   62568

NAME: Justin S Herrick       ADDRESS: Taylorville Correctional

DATE: 11-9-04   TIME: 920   CC:_____   PROB.#_____   TYPE VISIT: PT

VITAL SIGNS:   B/P:_____   P:_____   R:_____   T:_____

---

S - Mgs. inmate has h/o ACL reconstruction revision done on 9-15-04 (previous ACL tear and surgery in 1994. Had developed problems ⨀ playing soccer over a year ago while in prison. Was placed on Prov. only for 6 weeks - this was done mostly by inmate. Saw orthopedist 9-8-04 ⨀ orders to begin current PT in Feb and began quad/hamstring rehab. Referral went through chain and was received in our office 11-9-04. Pt reports minimal knee pain - Takes Advil PRN. States his not using crutches in his unit & takes care ⊬ from meals. He wants to know if he will/have access to an exercise bike - (Found out bicycles here are broken & that offer to provide a bike by inmates family is probably a no go at present)

⓪ Inmate is pleasant, cooperative & understands therapy used. Has DonJoy brace on ⨀ full new settings. It has slid 1 inch distal to where it should be. Inmate is ⨀ aware of correct location & is aware it slips on him ⊃ reinforced correct location & gave him a donning procedure that may make it ⊖ is likely to slip.

ROM ⓡ Knee - Extension 3-4° active - Passive to 0° ⨀ effort. Has full easily gained flexion.

GIRTH MEASUREMENTS         ⓡ         ⓛ
          Superior Patellar Border    14"        14"
          4" Proximal                 16⅞"       17¼"
          mid calf                    13          13¾"

Patellar mobility is equal - (B)

Ligamentous tests - MCL/LCL intact. ⓡ drawer test/Lachman shows very slight movement compared to ⓛ.

MOTOR STRENGTH - Manual muscle testing shows much ⓡ thigh & lower leg muscles. ½ to 1 grade.

GAIT mild limp on ⓡ - No crutches used. Advised he ⊬ walk to/from meals & hourly in his unit.

---

CARE CODE:   PC= Phone Call          EV= Evaluation Visit
             SV= Supervisory Visit   PT= Physical Therapy Visit
             SN= Skilled Nursing     OT= Occupational Therapy Visit
             NSN= Non-Skilled Nursing ST= Speech Therapy Visit

167-385  04/06/04


EXHIBIT
8

ST. VINCENT MEMORIAL HOSPITAL
Taylorville - Illinois   62568

HOME HEALTH AGENCY
PATIENT PROGRESS REPORT

NAME: _Justin S. Harrel_   ADDRESS: _Taylorville Correctional_

DATE: _11-9-04_   TIME: _920_   CC:_____   PROB.#_____   TYPE VISIT: _PT_

VITAL SIGNS:   B/P:_____   P:_____   R:_____   T:_____

---

BALANCE (STANDING) — WFL

EDUCATION — Instructed to do quad/gluteal isometric x 30 repetitions 10x/day. SLR to 30 reps 2x/day. Short arc quads same. Plantar flexion (raise on to toes) 3 sets of 10 — Began unilateral & easy. Also showed him 1 step up (stand). He has access to gym for exercise. Discussed machines present. Suggested he use knee extension machine, hamstring curl machine & bike machine. He is to start with lowest weight & work up as able & as access. 5x/mo. & will need to be extended beyond end of month. Exercise bike use would be helpful. Discussed seat height/resistance parameters.

A. Inmate needs to be followed up for a few sessions to ensure he is doing things ok. Would like to observe him in gym situation. Further exercise activity may be ordered by MD at his next visit that possibly would need PT involvement to implement.

P. Submit the foregoing recommendations & await decision. Inmate to begin exercises on his own.

_Signature_

---

CARE CODE:   PC= Phone Call
SV= Supervisory Visit
SN= Skilled Nursing
NSN= Non-Skilled Nursing
EV= Evaluation Visit
PT= Physical Therapy Visit
OT= Occupational Therapy Visit
ST= Speech Therapy Visit

157-385   04/06/04

#9

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional _____ Center

Offender Information:

Herrick                Justin                ID#: K91868
Last Name              First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/30/04 | M.D. Notes.    ƎTOИ ᘒM | |
| wt.163 lbs | S_ Rt leg brace | |
| 97.6 | Repair — or a New | Referral to |
| 143/16 | brace — will be here | Dr FATOKI |
| 99 | for 5 years. | for review 1/18 |
| 20 | Had ACL tear | M. 1800 |
| | 2003 → Surg — done | |
| | c̄ 04 by Dr Trice | |
| | h allograft | |
| | New recently ACL | |
| | Bregg Brace cost of | |
| | Brace 2,054. | |
| | will submit to | |
| | Dr. FATOKI | |
| | for review. | |
| | Only means day exercise | |
| | — not for walking | |

Printed on Recycled Paper


EXHIBIT
9

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Taylorville Correctional Center

Offender Information:

Neurect    Justin    ID#: X91865
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/05 1255p | **MD NOTE** | |
| W6 164 | 97.9   95   16   134/80 | |
| 1/10/05 | S - Rt. Knee brace | |
| | O - DR. Trice | referral |
| | returned Beggs | Resubmit - |
| | brace | M.D. |
| | He has immobilizer | |
| | already | manager |
| | uses it only during | |
| | Walking — NV | |
| | for exercises only. | |
| | A - Resubmit - | |
| 1/26/05 1350 | **DON NOTE** | |
| | No response yet to refax of request. Avail answer | |
| | for brace. Call and left message | D Balderson |
| | @ Sharon. | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Taylorville Correctional Center

Offender Information:

Last Name: Herrick  First Name: Justin  MI:  ID#: K91865

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/28/05 1000 | DON Note  Talked c̄ Sharon @ HPL about brace. She is talking c̄ Dr. Trui about a brace from Moore Medical. | AB Balderson |
| 2/10/05 1300 | DON Note  Talked c̄ Sharon and Dr. Trui oked brace and it is being ordered. | AB Balderson |
| 2/21/05 1120 | DON Note  Issued knee brace to Mr. Herrick Ergodyne sleeve #620. | AB Balderson M |
| 4/17/05 1132 Ar | **MD NOTE**  Wt. 167 lbs  97.8  140/85  80  18  Reason: flu (3 mo) ℞ thigh  S - wants lump on Rt thigh taken out  wants Rt knee re'ved | ℞ 1 Observe  ① FLUE MD in 6 wks.  ② pt advised about plan of care, pt indisagreewith c̄ tx plan. |

CONTD → [signatures]

E-FILED
Tuesday, 19 September, 2006  12:21:14 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville _____ Center

**Offender Information:**

Last Name: *Herrick*    First Name: *Justin*    MI: _____    ID#: *K-91865*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/16/00 | **MD NOTE** | ① may have his perso- |
| 116 PM | S. States that ℝ knee pain under control. Pt doing exercises as ordered. | nal pro- perty ② May go ad outside |
| | O. Able to do toe touches + passive ROM ℝ knee. | for fresh air |
| | ℝ ankle — some swelling | ③ for exercises day shift |
| | A. s/p ℝ ACL revision | + exercise shift per RX. make note in chart) |

Distribution: Offender's Medical Record

H. Lochard, MD
DC 0065 (Eff. 9/2002)
(Replaces DC 7147)

**EXHIBIT 10**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville _____ Center

Offender Information:

Werrick, Justin _____  ID#: R91865
Last Name _____ First Name _____ MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/17/04 0850am | RN Note: Pt lying in bed, AXO X 3, skin warm dry Temp 97.5 HR 57 B/P 119/65, pedal pulses present. | P. Cont. POC as ordered Lucy J Rahl RN |
| | S: Rate's pain 6/10 at this time states last pain med at 0400 Am only took one. | |
| | O: Pt lying in bed easily awakened able to wiggle toes, brace on Rt. leg. Cap refill <3. | |
| | A: Rt ACL revision | |
| 9/17/04 1130 | RN Note. | P: cont POC as ordered |
| | S: ø c/o | J Harms RN |
| | O: see W.S. flow sheet, toe c crutches | |
| | Rt toes c <3 sec cap refill, pedal pulse present | |
| | Movement good of Rt foot ot digits. PRSM done. | |
| | Cryo cuff on ot functioning. Buttocks rash | |
| | A: Post ACL revision | |

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville _____ Center

| Offender Information: | | |
|---|---|---|
| Herrick | Justin | ID#: K91865 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9.16.04 6P | RN Note<br>PROM done to RLE et<br>I/m cooperative et Ø distress<br>Ē PROM ———— | j Harms RN |
| 9-17-04<br>0015 | RN note<br>S "Its OK right now"<br>O- A+O X3 - respirations Ø distress<br>dsg RLE clean, dry + intact -<br>Rt pedal edema continues Rt<br>foot warm to touch pedal pulses<br>strong - can actively dorsi / plantar<br>flex Rt foot gently - denies numbness<br>tingling Ø calf tenderness RLE ays<br>cuff maintained Rt knee -<br>A - S/P rev - Rt ACL | P Cont all aspects<br>care, meds, tx<br>K Haines RN |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Taylorville _____ Center.

| Offender Information: | | |
|---|---|---|
| Herrich | Justin | K91865 |
| Last Name | First Name | MI ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/18/4 1525 | PROM reinforced + done A act rotation Rt. Leg bends to 40° each c̄ PROM. 2 set of 10 bends completed. A Act revision Rt Knee. | P- Cont POC per order |
| 9-19-04 0200 | RN note S Ø O dog Rt Knee RLE Brace intact Rt pedal pulses strong c̄ mild Rt pedal edema continuing Rt toes feet warm all nailbeds blanche c̄ rapid capillary refill, denies numeness & tingling calf tenderness RLE crep cuff off present A rev Rt ACL | P- continue aspls care, meds per Rx Hx noted |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Taylorville _____ Center

Offender Information:

Herrich _____ Justin _____ ID#: 169865
Last Name           First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/18/04 9am | Rn note<br>S: Ø<br>O: Pt in bed resting comfortably<br>(R) knee brace on. Cryocuff<br>at bedside. Up ad lib. Requests<br>pain med. Able to wiggle<br>toes. cap refill good, pedal<br>pulse present. Doing own ROM.<br>A: post ACL revision | P: Cont current<br>poc.<br>S. hahaton |
| 9/18/4 1525 | Rn note:<br>S: Ø<br>O: VSS afebrile Pt in bed<br>knee brace in place. Cryo cuff not<br>being used at present. Rt foot +2<br>edema ⊕ blanch <3sec pink<br>warm. C/o med ⊕ mod soreness<br>Lt knee. States "I'm doing own Rom" cont— | |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Taylorville _____ Center

| Offender Information: |
| Herrick    Justin    ID#: K9?865 |
| Last Name    First Name    MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/20/04 | MD NOTE | ① D.C. cast |
| 8:55 AM | S. States ⊙ knee feels better. He has been doing exercises as prescribed by ortho | NOW as instructed ② RTC to see ⊙ Trice on 9/22/04 |
| | O. ⊙ foot ∼ normal neurovascular status No swelling ⊙ Splint intact | well ③ ⊙ Chronic care management |
| | ⊙ < R ⊙ ACL Revision | H. Lochard, MD |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Taylorville _____ Center

Offender Information:

Herrick _____ Justin _____ ID#: R91865
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/18/04 8:35 | RN note<br>S: Ø<br>O: I/M asleep. Awaken to take<br>VS. ® Knee remains in<br>brace. Pedal pulse present.<br>+ for blanching, able to<br>move toes. ® foot edema.<br>Does own ROM. Cryocuff<br>off at this time<br>A: Acl Revision ® Knee | P: cont. current<br>POC<br>Sjokaller |
| 9/19/4 | S: RN note<br>O: I'm sleeping c̄ earphone<br>VS. 98.1 112/52 72 20<br>Pedal pulse all toes pink warm<br>+2 pedal edema R+ foot<br>Cryo cuff & brace in place<br>PROM completed. c̄ 40° flex<br>to modif full extension 0°<br>A: Acl revision R+ Knee | P: Cont POC<br>RN order<br>Rginn |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Herrick | Dustin | | ID#: K96865 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/22/04 1000am | C/O Nurses Note C/O arrived and Received paperwork C/O Pitchford trans Pt. for follow up care. ——— | Lucy J Kahl RN |
| 9/22/04 1415hr | Nurses Note Pt. Returned to Health Clinic -B/P 120/76 HR 84 Resp 20 Temp. 98.1 Pt. advised that he is good to go back to his unit and he is ready. ——— | Lucy J Kahl RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

Offender Information:

_____  _____  ID#: _____
Last Name                First Name                MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

_Printed on Recycled Paper_

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

_____ Taylorville _____ Center

**Offender Information:**

Herrick    Justin

Last Name        First Name        MI

ID#: K96865

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/23/04 | | |
| | MD, Psychiatrist, Dentist Note | P. Treatment/Therapeutic Plans |
| 825 am | Infirmary Discharge Note: States (R) Knee has some extra pain Due to ROM exercise. Understands ortho recommendations. | ① May have extra pillow ② Pt understands not to put extra pillow under his (R) Knee |
| CM, biol.01 H. | Summary of Reason for Admission: s/p (R) ACL revision | |
| | O. (R) Knee wound s sign infection. Flexion good. Passive extension only. N.V intact. | ③ To do p frog/sm X 60d ④ W/C ⑤ Crutches ⑥ Medically unassigned X 60d ⑦ Low Bunk X 12mo ⑧ Toe Touch wt bearing only |
| | Cause of Illness/Infirmary Stay: (R) Knee surgery | |
| | A. Course in the infirmary: improved s/p (R) ACL revision | |
| | Diagnosis: | 0f/u months DSR |
| | | H. Lochard, MD |

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
Replaces DC 7147

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Taylorville _____ Center

Offender Information:

Herrick                Justin          IC 9186 5
Last Name              First Name      MI     ID# K-96865

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 9/23/04 | **MD NOTE** | (R) ① Vicodin |
|  | S: CP | I-II PO |
| 8:25 AM | O. Pt needs pain | T LD PRO |
|  | meds continued | X 2/0 |
|  | A: S/P (R) BCL | ② H₂O increase |
|  | repair | H. Lochard, MD |
| 9/23/04 | Nurse's Note | |
| 0405 AM | At 0800 AM Pt. awake and | |
|  | sitting on side of bed. Pt. | Lucy O'Kahl Rn |
|  | requested to go back to housing | |
|  | unit, Pt was advised he had to | |
|  | See MD first. Pt. requested | |
|  | some pain meds stating that | |
|  | during exercising his knee hurts. | |
|  | Pt's surgical care intact dry with | |
|  | butterfly sutures, no redness observed | |
|  | (no) discharges. Pt released back to housing unit | |
|  | 1845. | |

Offenders Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Taylorville _____ Center

Offender Information:

Herroch          Justin          _____
   Last Name              First Name          MI

IC 91865
ID# IC 46865

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/13/04 8:15 AM | **MD NOTE**<br>S, C/O<br>O. Pt needs pain<br>meds continued<br>A, S/P (R) ACL<br>repair | ® Ⓐ Vicodin<br>1-TT PO<br>TID PRN<br>X 21D<br>®HEP Increase prn<br>H. Lochard, MD |
| 9/23/04 0905 AM | Nurse's Note<br>At 0500 AM Pt. awake and<br>sitting on side of bed. Pt.<br>requested to go back to housing<br>unit. Pt was advised he had to<br>see MD first. Pt requested<br>some pain meds stating that<br>during exercising his knee hurts.<br>Pt's surgical care intact dry with<br>butterfly sutures, no redness observed<br>® discharges, Released back to housing unit<br>LB 18. | × Amy J Kahl RN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

H. Lochard, MD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional          Center

| Offender Information: | | | |
|---|---|---|---|
| Herrod *(MD NOTE)* | | Justin   S | ID# K91865 |
| Last Name | | First Name   MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-27-04 | MD NOTE | ① Pt understands the exercises prescribed pr ortho pedics |
| 0930 | #164   95R   138/74   76   20 | |
| | F/u m Rt ACL | |
| | S. States ® Knee feels painful after he does his exercises. | |
| | O. ® Knee incision well healed. good ROM ® knee in flexion c̄ some tenderness lat aspect ant knee no ecchymosis | ② Flexion 2x0   9-2?-o.. ③ Only passive extension |
| | A. s/p ① ACL Repair | H. Lochard, MD    Syringba |

H. Lochard, MD

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: Herrick  First Name: Justin  MI: S  ID#: K91865

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-28-04 | **MD NOTE** | |
| 1100 | 164  146/82  88  20  T8² | |
| | F/u (R) ACL repair | |
| | S. States (R) knee pain under control except when he does the exercises. He has been doing the recommended new wd for touches | |
| | O. (R) knee c mild swelling Improved flexion | |
| | (R) S/P (R) ACL repair | |

H. Lochard, MD

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Herrich | Justin | S | R91868 |
| Last Name | First Name | MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-4-04 2:47p | MD NOTE | Cont |
| Wt 163 | 97.4  77  20  13/71 | exercises |
| | F/U R Knee s/p ACL repair S/P doing exercises 3x/d. He is following surgeon's instructions. Pain under control O R knee ⊖ minimal swelling. Good ROM. Hyperflexion ⊖ tenderness R s/p R ACL repair improving | at HU R F/U Friday J. Lochard, MD 10-5-04 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

Offender Information:

Herrick         Justin              ID#: 129186
Last Name       First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/29/04<br>1103<br>AM | **MD NOTE**<br>S. CH<br>O. Discussed c Dr<br>Fink. Pt needs<br>followup c Dr Tra<br>Dr Fink agrees<br>A- Collegial<br>review | (1) refer to<br>(2) Tra<br>(3) (done)<br>H Lochard MD<br>H. Lochard, MD<br>Mansfield |
| 9/29/04<br>1310<br>AM | **MD NOTE**<br>164  132/68  73 18        92<br>F/u SP ® ACL repair<br>S. States he's doing<br>his ROM exercises<br>for ® knee.<br>O. ® knee tender, good<br>ROM but limited<br>flexion<br>A. s/p ® ACL repair | (1) discharge<br>Vicodin I-II<br>to Noon 4PM<br>+ 8PM<br>starting<br>9/30/04 X<br>21d<br>(2) Cont exercises<br>(3) F/u Monday |

H. Lochard, MD

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DOC 7147)

D Young R

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional          Center

| Offender Information: | | | |
|---|---|---|---|
| *Herrin* | *Justin* | S | ID#: 129186 5 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-14-04 13:10 | - RN Note    MD NOTE | P Med visit Dr Trice |
| | S. Ø | F/u. P Smith RN |
| | O c/o knocks here to get | |
| | packet to go to Dr. Trice | |
| | F/u appt. ortho ⓇACL repair | |
| | A same as above | |
| 10-14-04 18 15 | RN Note | |
| | S I haven't eaten yet | P. VS stable |
| | O 138/85  94-16  97.9 | to dietary to |
| | Return from Med furlough | eat. MD ER |
| | Wt bearing as tol in 2 wks | in AM. |
| | Cont brace  Cont exercises | P Smith RN |
| | F/u 2 wks) | |
| | Med return) | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC-7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

| Offender Information: |
|---|
| Herrick   Justin          ID#: K91865 |
| Last Name   First Name   MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/19/04 1330 | **MD NOTE** 141/80  65  18  97.8  wt 163 | ① CR in AM |
| | ① ① knee s/p ⓈTⓈ that Ⓝ knee is much better. Pt doing exercise as ordered per ortho | ② Advil 400 id TabⓇ ×30 |
| | O. ① ① knee s swelling mild swelling & tenderness good ROM. | ③ Continue ___ |
| | Ⓐ s/p ① knee ACL repair | _H. Lochard, MD_ |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Taylorville Correctional _____ Center

Offender/Information:

Herrick                    Justin            ID#: K91865
Last Name                  First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 10/20/04 1240pm | **MD NOTE** <br> S- Cl <br> O. Discussed c Dr Funk <br> Pt needs phys therapy <br> eval + agrees <br> A: O s/p (R) ACL Repair <br> (2) Collegial Review | (1) Refer to physical therapy eval (Dr done) <br> H. Lochard, MD |
| 10/20/04 | **MD NOTE** <br> S- Pt seen yesterday <br> O. No need to see today <br> A. S/P R ACL | (1) No need to see (2) F/U after PTherapy to eval <br> H. Lochard, MD |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DOC 0084)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| _Henrich_ Last Name | _Justin_ First Name | MI | ID#: _K91825_ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/16/04 | DON. Note | P: Cont. Adaption gym |
| 10:00 | S: Adaption gym expires ch 29th | until Jan 29, 2005 |
| | O: Needs to cont. therapy | A.Balderson |
| | A: Therapy for ACL repair | |
| 12-2-04 | RN Note | |
| 12:00 CM | S: O/N | P. Flu med furlough |
| | O. C/o Hawley here to | Dr Trice Smith RN |
| | get packet. Med furlough | |
| | Dr Trice ortho F/U R knee | |
| | A. F/U Dr Trice | |
| 12.2.04 4P | RN Note | |
| | I/m Back med visit/furlough | |
| | to Dr Trice. 130/59, 71, 97.0, 10 | |
| | Paper work to Dr In Shad | |
| | to review | J Harmo RN |
| | | M, RN 12/3/04 |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

| Offender Information: | | |
|---|---|---|
| *Henick* Last Name | *Justin* First Name    MI | ID#: *K91865* |

| Date/Time | Subjective. Objective, Assessment | Plans |
|---|---|---|
| 12.16.05 4ᵖ | RN Note | |
| | I'm back from med visit to | |
| | Decatur to Dr Trice. | |
| | 97.0  143/76, 69, 16. | → Harms RN |
| | | M. Irse |
| 12/17/06 | M.D. Note | |
| | Dr. Trice's notes | F.U. |
| | read  Quadstrength | 3 Mnth |
| | Now MRI f R+ | for evaluation |
| | Thigh, ___? | here |
| | will evaluate here further | M. Irse |
| | **MD NOTE** | |
| 12/20/06 12/21/06 | Wt 167 lbs  97.1  143/86 83 20 | |
| | Reason: F/U | |
| | S- A Swelling on Rt | |
| | thigh for 3 years | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional ⸱ Center

| Offender Information: | | |
|---|---|---|
| Herrick | Justin | ID#: X91865 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/20/04 | It itches — | |
| | O. Most likely a soft tissue mobile tumor | F-U. PRN MD |
| | A. Lipoma. No significant symptoms. No surgery or MRI — are indicated | RN |

MD NOTE

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional _____ Center

FRACTURES,
DISLOCATIONS, SPRAINS

**Offender Information:**

Last Name: Henrick    First Name: Justin    MI:    ID#: K91865

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Date 1/31/06 8P | S. Rt Knee - sore ab medial below knee patella et grinding sound z up et down movement | P. Cold application every 24 hours, |
| Time: | | Then heat. |
| | | Tylenol 2 every 4 hours PRN |
| | O. T 97.9 P 56 R Ø B/P 160/88 / 158/92 Wt 155 | Elevate extremity |
| | Date of injury: 2003 chronic | Place in the infirmary or Lay-in for 24 |
| | How: sports | Hours to observe. Crutches |
| | Site: Rt Knee | See MD if not improved in 24 hours about chronic condition |
| | Ø Swelling N/A Immediate | Any deformity |
| | Ø After Ø length of time | Severe pain |
| | N/A Pain N/A Type | Severe swelling |
| | Scale 1 – 10 constant ache | Discoloration |
| | Previous injury same site | Decrease in range of motion |
| | Ø Deformity Ø decrease in range of motion | Decrease in temp. or pulse in |
| | Ø Discoloration Ø Temperature | Extremity |
| | Pulses yes Sensation yes Pulse yes Function | Positive findings with Ottawa rules |
| | N/A Ottawa ankle rules | |
| | N/A Ottawa knee rules | Voucher Signed J Harmas RN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

| Offender Information: | | |
|---|---|---|
| Herrick (Last Name) | Justin (First Name) | (MI) ID# k9 1865 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/06 1010 Am | O. Skin multiple papular lesions face + scalp MSK (R) knee c surgical scar no swelling Full ROM Lachman neg (1) STI (2) ACL repair c pain (3) Acne | (1) Clinda-mycin 300mg BID X 60d (2) Advil 200mg X 15d (3) F/U reas-need (4) [illegible signature] |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)