IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, DR.LOCHARD,) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO AMENDED MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Justin Herrick, by and through his counsel, Michael J. Costello, and for his Motion for Extension of Time to Respond to Amended Motion for Summary Judgment, respectfully states as follows:

1. On September 12, 2006 counsel was diagnosed with a debilitating form of pneumonia and has at most been in the office fifteen to thirty minutes each day.

2. An extension of thirty days to file a response is respectfully requested as counsel is still seriously ill.

WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that this Motion be allowed.

JUSTIN HERRICK, Defendant

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 29th day of September, 2006.

David E. Risley  
Assistant United States Attorney  
318 South Sixth Street  
Springfield, IL 62701  

Theresa M. Powell  
Heyl, Royster, Voelker & Allen  
Suite 575, National City Center  
1 N. Old State Capitol Plaza  
P.O. Box 1687  
Springfield, IL 62705-1687  

Michael J. Lanzdorf  
Assistant Attorney General  
400 South Second Street  
Springfield, IL 62706  

                                              s/ Michael J. Costello  
                                              _____

Michael J. Costello  
Attorney at Law  
820 South Second Street  
First floor  
Springfield, Illinois 62704  
Telephone No.: (217) 544-5500  
ARDC No.: 522627