E-FILED
Tuesday, 07 November, 2006  10:15:31 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| JUSTIN HERRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 06-3137 |
| | ) | |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FREEMAN'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, DAVID FREEMAN, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submits his Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure Rule 56(b) to comply with Local Rule 7.1(D)(1)(b). In support thereof, Defendant Freeman states as follows:

1. Plaintiff, an inmate incarcerated within the Illinois Department of Corrections, filed the instant action regarding events that occurred while he was in Taylorville Correctional Center.

2. Plaintiff's Complaint is barred by the statute of limitations.

3. Plaintiff failed to exhaust his administrative remedies.

4. There is insufficient evidence to show that Defendant Freeman was deliberately indifferent to Plaintiff's serious medical needs.

5. Plaintiff's claim against Defendant Freeman is barred by sovereign immunity.

6. To the extent Plaintiff brings suit against Defendant Freeman in his individual capacity, Defendant Freeman is entitled to qualified immunity.

7.  Attached hereto and incorporated herein is a memorandum of law in support of this motion.

WHEREFORE, for the above and foregoing reasons, Defendant Freeman respectfully requests this Honorable Court grant his Motion for Summary Judgment.

Respectfully submitted,

DAVID FREEMAN,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Attorney for Defendant
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: mlanzdorf@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed Defendant Freeman's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Michael J. Costello / Email: costello.M@sbcglobal.net
Theresa M. Powell / Email: tpowell@hrva.com

Respectfully submitted,

   s/   Michael Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendant
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us