E-FILED
Monday, 20 November, 2006  09:21:18 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 06-3137 |
| ) | |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, DR.LOCHARD,) | |
| ) | |
| Defendants. ) | |

**STATUS REPORT ON SERVICE OF SUMMONS**

NOW COMES the Plaintiff, JUSTIN HERRICK, by and through his counsel, Michael J. Costello, and for his Status Report on Service of Summons on Dr. Ahmed, respectfully states as follows:

1. The Plaintiff is to advise the Court of the status of Service of Summons on Dr. Ahmed.

2. Counsel's office has been in contact with Dr. Ahmed who refused to accept Summons and Complaint sent via Certified Mail and has advised counsel's office that he has six addresses and that we would never find him.

3. The Defendant is also fearful that someone might know his address.

4. Counsel will attempt to personally contact Dr. Ahmed to accept service and if he refuses, will attempt to have the Defendant served at the address where Defendant refused Certified Mail.

5. If this attempt at service fails, counsel will seek to locate the Defendant at any other address we may have to effect service.

JUSTIN HERRICK, Defendant

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.: (217) 544-7500

3:06-cv-03137-HAB-BGC    # 26    Page 2 of 3

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 20th day of November, 2006.

David E. Risley
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL 62706

            s/ Michael J. Costello
            _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627