E-FILED
Monday, 04 December, 2006  03:52:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, DR.LOCHARD,) | |
| ) | |
| Defendants. ) | |

**SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED MOTION FOR ALL
PENDING SUMMARY JUDGMENT MOTIONS**

NOW COMES the Plaintiff, Justin Herrick, by and through his counsel, Michael J. Costello, and for his Second Motion for Extension of Time to Respond to Amended Motion for Summary Judgment, respectfully states as follows:

1. Response to Motion for Summary Judgment for all Pending Summary Judgment Motions was due on December 4, 2006.

2. An extension of time of twenty one (21) days to file a response is respectfully requested because counsel has just begun to work full time while medical tests are being conducted to determine the nature and extent of a medical condition of counsel which is apparently not life-threatening and from which counsel is slowly regaining full strength.

WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that this Motion be allowed.

JUSTIN HERRICK, Defendant


s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.:  (217) 544-7500
costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 4th day of December, 2006.

David E. Risley
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL 62706

            s/ Michael J. Costello
            _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627