E-FILED
Thursday, 07 December, 2006  08:48:17 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 06-3137 |
| v. ) | |
| ) | |
| DAVID FREEMAN et al., ) | |
| ) | |
| Defendants. ) | |

## CASE MANGEMENT ORDER

1.  All the Defendants have been served, except for Defendant Ahmed (see below). Accordingly, the case is ready for scheduling deadlines. Those deadlines will be set despite the pending motions for summary judgment, in order to facilitate case progression.

2.  By December 19, 2006, Defendants Freeman, Sims, McDowell and Wortley shall file their Answer(s).

3.  A Scheduling Conference under Fed.R.Civ.P. 16 is set for January 31, 2007 at 1:30 p.m.. Counsel may appear in person before the Court in Urbana, or by video conference from Concordia in Springfield. The clerk is directed to issue a writ to inform Concordia of the conference, and to fax this order to Concordia.

3.  Counsel should be prepared to discuss all issues listed in Local Rule 16 (CDIL-LR 16) and Fed. R. Civ. P. 26 at the conference.

4.  At least 14 days before the conference, counsel must comply with the initial disclosure requirements of Fed. R. Civ. P. 26(f). A certificate of compliance must be filed, but the <u>disclosures are NOT to be filed</u>. (CDIL-LR 26.3(A)).

5.  At least 7 days before the conference, the parties shall file a joint proposed discovery plan. Plaintiff's counsel is responsible for arranging the 26(f) meeting and filing the proposed discovery plan with the Court. (CDIL-LR 26.2(3)).

6.  Plaintiff's counsel has informed the court that Defendant Ahmed refused service by certified mail (d/e 26). Plaintiff shall have until January 5, 2007, to serve Defendant Ahmed. Fed. R. Civ. P. 4(d)(2)(G) requires Defendant Ahmed to pay the costs of service on him if he, without good cause, fails to comply with a request for waiver of service under Fed. R. Civ. P. 4(d).

ENTER this 7th day of December, 2006.

**s\Harold A. Baker**
_____

Harold A. Baker
United States District Judge