IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, | ) |
| ADAM McDOWELL, GLENDA | ) |
| WORTLEY, DR. AHMED, and | ) |
| DR. LOCHARD, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT FREEMAN'S
MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, JUSTIN HERRICK, by and through his counsel, Michael J. Costello, and for his Response to Defendant Freeman's Motion for Summary Judgment, pursuant to Federal Rules of Civil Procedure, Rule 56(b), respectfully states as follows:

1.   Plaintiff admits the allegations of paragraph 1.

2-6.   Plaintiff denies each and every allegation of paragraphs 2, 3, 4, 5, and 6 of Defendant's Motion and therefore puts the Defendant upon his strict proof.

WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that Defendant Freeman's Motion for Summary Judgment be denied.

RESPECTFULLY SUBMITTED,
JUSTIN HERRICK, Defendant

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 30th day of January, 2007.

Theresa M. Powell  
Heyl, Royster, Voelker & Allen  
Suite 575, National City Center  
1 N. Old State Capitol Plaza  
P.O. Box 1687  
Springfield, IL 62705-1687

Michael J. Lanzdorf  
Assistant Attorney General  
400 South Second Street  
Springfield, IL  62706

                                                    s/ Michael J. Costello  
                                                  _____

Michael J. Costello  
Attorney at Law  
820 South Second Street  
First floor  
Springfield, Illinois 62704  
Telephone No.:  (217) 544-5500  
ARDC No.:  522627