E-FILED
Tuesday, 30 January, 2007  02:58:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, and ) | |
| DR. LOCHARD, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SIMS, MCDOWELL, AND WORTLEY MOTION FOR SUMMARY JUDGMENT AND AMENDED MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Justin Herrick, by and through his counsel, Michael J. Costello, and for his Response to Defendants' Sims, McDowell, and Wortley Motion for Summary Judgment and Amended Motion for Summary Judgment, respectfully states as follows:

1. The Plaintiff admits he was an inmate at the time of the events complained of herein within the Illinois Department of Corrections, Taylorville Correctional Center.

2. The Plaintiff denies that he has failed to exhaust his administrative remedies and therefore put the Defendants upon their strict proof. The Plaintiff alleges that he has exhausted his administrative remedies by a Committed Person's Grievance and sought review thereon as exemplified by Exhibits 1 and 2 which are attached hereto and expressly incorporated herein by reference as though set forth in full as in *haec verba*.

3. The Plaintiff denies that there is insufficient evidence to show that the Defendants were deliberately indifferent to a serious medical need of the Plaintiff and therefore put the

Defendants upon their strict proof.  The Plaintiff has alleged that he was denied adequate follow-up care, the use of a prescribed brace due to a clerical decision and was denied appropriate rehabilitation physical therapy.

4. The Plaintiff denies that he has failed to show the personal involvement of the Defendant and therefore put the Defendants upon their strict proof.

5. The Plaintiff denies that the Defendants are entitled to qualified immunity in this matter and therefore puts the Defendants upon their strict proof.

6. In addition, the Motion and Amended Motion for Summary Judgment should be denied because the Plaintiff has not had the opportunity to avail himself of discovery in this matter.

7. Attached hereto and expressly incorporated herein by reference as though set forth in full as in *haec verba*, is a Memorandum of Law in support of Plaintiff's response to these Motions.

RESPECTFULLY SUBMITTED,

JUSTIN HERRICK, Defendant

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 30th day of January, 2007.

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL  62706

            s/ Michael J. Costello
            _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.:  (217) 544-5500
ARDC No.:  522627

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: 4/28/05 | Committed Person: (Please Print) Justin Herrick | ID#: |
|---|---|---|
| Present Facility: Taylorville CC | Facility where grievance issue occurred: Taylorville CC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ____/____/____ Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

Facility where issued: _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 7/1/03 I injured my right knee playing soccer. I saw Healthcare and Dr. Lockhart ordered x-rays which were done 7/5/03. Dr. Lockhart told me it was arthritis, ibuprofen and crutches were prescribed. I was on crutches for about 2 weeks and healthcare took them back. I went back to see the doctor on 7/9/03, 7/24/03, 8/4/03, 12/26/03 and complained of severe continuing pain and swelling localized about ACL (anterior cruciate ligament) and the inner ligament (medial meniscus). Ibuprofen was prescribed but I told the doctor the pain was not helped by the ibuprofen (nor was it). In October of 2003 I had complained to Glenda Wortley about Dr. Lockhart's refusal to schedule me for a specialist or for an MRI since my knee was not

**Relief Requested:** I want compensatory and punitive damages for my permanent disability caused by negligent and/or deliberate indifference medical care and referral for therapy and to the specialist as he orders.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Committed Person's Signature | ID# K91865 | Date 4/28/05 |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 5/3/05

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Reviewed grievance. Conferred w/ HCU/infirmary staff. Inmate appears to have received adequate medical care including an orthopedic specialist and care associated w/ such. Grievance denied @ this level.

R Evans, cert | R Evans | 5/3/05
Print Counselor's Name | Counselor's Signature | Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date

#6345
MAY 2005
LEAD
Distribution: Master File; Committed Person
OFFICER

Page 1

Exhibit 1

DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

Printed on Recycled Paper