UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JUSTIN HERRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 06-3137 |
| | ) |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE

NOW COME the Defendants, GREGORY SIMS, ADAM McDOWELL, DAVID FREEMAN, and GLENDA WORTLEY, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and present their Notice of Compliance stating as follows:

1.   This notice of compliance is filed in response to the Court's December 7, 2006, Case Management Order.   The Defendants state that on this date they have mailed to the Plaintiff their Initial Disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1)(2).

Respectfully submitted,

GREGORY SIMS, ADAM McDOWELL,
DAVID FREEMAN and GLENDA WORTLEY,

  Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

  Attorney for Defendants,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JUSTIN HERRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 06-3137 |
| | ) | |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I electronically filed Defendants' Notice of Compliance, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Michael J. Costello / Email: costello.M@sbcglobal.net
Theresa M. Powell / Email: tpowell@hrva.com

Respectfully submitted,

s/ Michael Lanzdorf
Michael J. Lanzdorf, #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us