AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

JUSTIN HERRICK,

            V.      Plaintiff,

DAVID FREEMAN, Superintendent of Taylorville Correctional Center, GREGORY SIMS, Superintendent of Taylorville Correctional Center, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART,

                    Defendants.

ALIAS **SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   06-3137

TO: (Name and address of Defendant)

       DR. FAISAL V. AHMED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

       Michael J. Costello
       Attorney at Law
       820 South Second Street, First Floor
       Springfield, Illinois 62704

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                          February 5, 2007

CLERK                                               DATE

s/M. Stewart

(By) DEPUTY CLERK