IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, and ) | |
| DR. LOCHART, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF COMPLIANCE

NOW COMES the Plaintiff, JUSTIN HERRICK, by and through his counsel, Michael J. Costello, and for their Notice of Compliance, state as follows:

1. This Notice of Compliance is filed in response to the Court's December 7, 2006 Case Management Order.

                                                          JUSTIN HERRICK, Defendant

                                                          <u>s/ Michael J. Costello</u>
                                                          Michael J. Costello Bar Number 522627
                                                           Attorney for the Plaintiff
                                                           Costello Law Office
                                                           820 South Second Street
                                                           First Floor
                                                           Springfield, Illinois 62704
                                                           Telephone No.: (217) 544-5500

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2007, I electronically filed Plaintiff's Notice of Compliance, with the Clerk of the Court using the CM/ECF system by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 7th day of February, 2007.

David E. Risley
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL  62706

                                                s/ Michael J. Costello
                                                _____


Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.:  (217) 544-5500
ARDC No.:  522627