IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JUSTIN HERRICK, K91865, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>DAVID FREEMAN, GREGORY SIMS, )<br>ADAM McDOWELL, GLENDA 　　　)<br>WORTLEY, DR. AHMED, and 　　　)<br>DR. LOCHART, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendants. 　　　　　) | No.: 06-3137 |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)(2) AND**
**THE DECEMBER 7, 2006, CASE MANAGEMENT ORDER**

NOW COMES the Plaintiff, JUSTIN HERRICK, by and through his counsel, Michael J. Costello, and pursuant to Federal Rule of Civil Procedure 26(a)(1)(2) and the December 7, 2006, Case Management Order, hereby makes the following disclosures:

　　1.　　A copy of, or description by category of names of persons with knowledge of the incident.

　　ANSWER:

　　　　Adam McDowell, c/o Michael Lanzdorf, 500 S. Second Street,
　　　　Springfield, Illinois 62706

　　　　Glenda Wortley, c/o Michael Lanzdorf, 500 S. Second Street,
　　　　Springfield, Illinois 62706

　　　　Gregory Sims, c/o Michael Lanzdorf, 500 S. Second Street,
　　　　Springfield, Illinois 62706

　　　　David Freeman, c/o Michael Lanzdorf, 500 S. Second Street,
　　　　Springfield, Illinois 62706

       Michael Trice, M.D., Decatur Memorial Hospital, 2300 N. Edward, Decatur, Illinois

       Dr. Faisal Ahmed, 260 Turnberry Place, Apt. 6,
St. Peters, Missouri 63376

2. A copy of, or a description by category of reports and/or statements of persons with knowledge.

    ANSWER:

       Plaintiff's Grievance Report dated April 28, 2005; Grievance Officer's Report dated May 12, 2005; Plaintiff and inmate master file, correctional center having custody of the Plaintiff;

       Defendant's Statement for Defendant McDowell. Defendants object to the production of said document based upon attorney/client privilege; and

       Defendant's Statement for Glenda Wortley. Defendants object to the production of said document based upon attorney/client privilege;

3. A copy of, or description by category of all medical, optical or dental records (where appropriate).

    ANSWER:

       Plaintiff's medical records are at the correctional center having custody of Plaintiff but a copy of same has been supplied to the Plaintiff.

4. A copy of, or description of policy statements.

    ANSWER:

       Insurance is provided pursuant to the State Employee Indemnification Act, (5 ILCS 350/0.01 *et. seq.*).

5. The identity of any person who may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence, including:

    a. The name and address of the expert witness;
    b. The subject matter on which the expert witness is expected to testify;
    c. The identity of any written reports of the expert witness regarding this occurrence;

        d.      any exhibits to be used as a summary of or support for the opinions;
        e.      The qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years;
        f.      The compensation to be paid for the study and testimony; and
        g.      A list of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

ANSWER:

Plaintiff has not retained any experts as of this date.

                              RESPECTFULLY SUBMITTED,

                              JUSTIN HERRICK, Plaintiff


                              <u>s/ Michael J. Costello</u>
                              Michael J. Costello Bar Number 522627
                              Attorney for the Plaintiff
                              Costello Law Office
                              820 South Second Street
                              First Floor
                              Springfield, Illinois 62704
                              Telephone No.: (217) 544-5500
                              costello.m@sbcglobal.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 7, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 7th day of February, 2007.

David E. Risley
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL  62706

              s/ Michael J. Costello
              _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.:  (217) 544-5500
ARDC No.:  522627