E-FILED
Thursday, 15 February, 2007  10:00:45 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) No.: 06-3137<br>DAVID FREEMAN, GREGORY SIMS, )<br>ADAM McDOWELL, GLENDA )<br>WORTLEY, DR. AHMED, and )<br>DR. LOCHARD, )<br>)<br>Defendants. ) | |

**PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16(b) the Plaintiff and Defendants submit a Proposed Scheduling Order with attorneys Michael J. Costello for the Plaintiff and Theresa Powell and Michael J. Lanzdorf for the Defendants.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. Initial Disclosures under Rule 26 have been completed by all the parties.

2. No motions to join other parties or to amend the pleadings to be filed after August 1, 2007.

3. Plaintiff to identify testifying experts and to provide Rule 26 expert reports by August 1, 2007. All Defendants are to identify testifying experts and to provide Rule 26 expert reports by October 29, 2007.

4. The parties have until December 31, 2007 to complete discovery. Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of civil Procedure in which to comply.

      5.      Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion.  Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

      6.      The parties have until January 31, 2008, to file dispositive motions.  No dispositive motion filed after that date will be considered by the Court.

      7.      Final Pre-Trial Conference is scheduled for _____ at \_\_\_\_\_ a.m. before Judge Baker.  All Motions in Limine to be filed on or prior to the Final Pre-Trial date.  (See Local Rule 16.1 – Pre-Trial Procedures.)

      8.      Trial is scheduled for _____ at \_\_\_ a.m. on the trial calendar of Judge Baker.

      9.      If the parties consent to trial before Judge Baker, the final pre-trial date and trial date may be changed.

NOTE:  A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.


ENTERED_____, 2007.     _____
                                                                                              JUDGE

**CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 15th day of February, 2007.

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL  62706

              s/ Michael J. Costello
              _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.:  (217) 544-5500
ARDC No.:  522627