**E-FILED**
Tuesday, 27 February, 2007  03:47:39 PM
Clerk, U.S. District Court, ILCD

05415-P7839
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUSTIN HERRICK, K-91865, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3137 |
| | ) | |
| DAVID FREEMAN, GREGORY SIMS, | ) | |
| ADAM McDOWELL, GLENDA | ) | |
| WORTLEY, DR. AHMED, DR. LOCHARD,) | | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

THE UNDERSIGNED certifies that copies of Defendant Lochard's **Rule 26 Initial Disclosure** were served upon the attorneys of record of all parties to the above cause by enclosing same in envelopes with postage prepaid, and by depositing said envelope in a United States Post Office mail box in Springfield, Illinois, on February 27, 2007, addressed to such attorneys at their business address as disclosed by the pleadings of the record herein.

Respectfully submitted,

HUGHES LOCHARD, M.D., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:     /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7839
TMP/ej

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2007, I electronically filed **Certificate of Service** with

the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the

following:

Michael J. Costello
costello.M@sbcglobal.net

Michael Lanzdorf
mlanzdorf@atg.state.il.us

and I hereby certify that on February 27, 2007, I mailed by United States Postal Service, the

document(s) to the following non-registered participants:

None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822