IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865,         ) | |
| )  | |
| Plaintiff,           ) | |
| )  | |
| v.                                   ) | |
| )  No.: 06-3137 | |
| DAVID FREEMAN, GREGORY SIMS,  ) | |
| ADAM McDOWELL, GLENDA          ) | |
| WORTLEY, DR. AHMED, DR.LOCHARD,) | |
| )  | |
| Defendants.        ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff's Answers to Defendant's Interrogatories, Answers to Supplemental Interrogatories, and Response to Request to Produce were served upon Counsel for the Defendant, Theresa M. Powell, Heyl, Royster, Voelker and Allen, Suite 575, National City Center, 1 N. Old State Capital Plaza, P.O. Box 1687 Springfield, Illinois, by enclosing same in an envelope addressed as shown above and depositing said envelope in the United States Mail in Springfield, Illinois on this 13th day of March, 2007.

At the request of the Clerk the original of said Answers have been retained by Plaintiff's Counsel.

JUSTIN HERRICK, Plaintiff


s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 S. Second Street, First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing document was served on the following by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 13th day of March, 2007.

Theresa M. Powell
Heyl, Royster, Voelker and Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705

                                                s/ Michael J. Costello

Michael J. Costello
Attorney at Law
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627