AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JUSTIN HERRICK**

    vs.                  Case Number:   **06-3137**

**DAVID FREEMAN, et al.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to an Order Granting Summary Judgment for Failure to Exhaust entered by the Honorable Harold A. Baker:

    1.  The motion for summary judgment filed by Defendants Sims, McDowell and Wortley is granted insofar as it seeks dismissal for failure to exhaust available administrative remedies.  (d/e 18).

    2.  This case is dismissed in its entirety, without prejudice, for failure to exhaust administrative remedies as required by 42 U.S.C. Section 1997e(a).

    3.  All other pending motions are denied as moot (d/e's 16, 24).  This case is closed, parties to bear their own costs.

                                        ENTER this 29th day of June, 2007

                                                    s/ John M. Waters
                                         JOHN M. WATERS, CLERK

                                                     s/ C. Cathcart
                                         _____
                                         BY:  DEPUTY CLERK