IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, and ) | |
| DR. LOCHARD, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR RECONSIDERATION AND MOTION TO VACATE SUMMARY JUDGMENT ENTERED AS TO CERTAIN DEFENDANTS AND DISMISSAL AS TO ALL DEFENDANTS OF THE CAUSE WITHOUT PREJUDICE**

NOW COMES the Plaintiff, JUSTIN HERRICK, by and through his counsel, Michael J. Costello, and for his Motion for Reconsideration and Motion to Vacate Summary Judgment Entered as to Certain Defendants and Dismissal as to all Defendants of the Cause Without Prejudice, respectfully states as follows:

1. The court entered judgment in this cause on June 29, 2007.

2. The court granted summary judgment in favor of the Defendants, Sims, McDowell and Wortley for failure to exhaust available administrative remedies. The case was dismissed in its entirety, without prejudice, for failure to exhaust administrative remedies as to all other Defendants.

3. The Plaintiff concedes that a prisoner must timely take each step in the administrative process established by state procedures *Ford v. Johnson*, 362 Fed.3rd, 395, 397 (7th Cir., 2001) and that 20 Ill. Adm. Code 504.800, etc., describes the procedures including an appeal to the director of the Department of Corrections if the prisoner does not agree with the

decision of his grievance by the Chief Administrative Officer. The failure to exhaust his administrative remedies prohibits the prisoner from taking further legal action. See *Dole v. Chandler*, 348 Fed.3rd, 804, 809 (7th Cir., 2006).

4. The court in its judgment on page 4 states that "Plaintiff does not dispute that he did not appeal the Chief Administrative Officer's decision (made by designee) to the Administrative Review Board, a required step in exhausting administrative remedies."

5. During a conference with the Plaintiff on July 5, 2007, the Plaintiff advised counsel that he did in fact exhaust his administrative remedies and therefore he is not barred by the issue of the exhaustion of remedies doctrine.

6. The Plaintiff does not dispute the integrity of the Affidavit by Defendants that he did not submit any grievances in accordance with the final appeal to the Director of the Department of Corrections, but the Plaintiff claims that he did appeal and because it is absent from the records of the Department of Corrections does not prove he did not.

7. The Plaintiff is in the process of preparing an affidavit disputing that he did exhaust all his remedies which does not include his action in the Court of Claims in the State of Illinois.

8. The Plaintiff moves for leave of court to file his affidavit in support of this Motion for Reconsideration.

9. However, the Plaintiff concedes a motion for summary judgment cannot be defeated merely by an opposing party's incantation of lack of credibility over a movant's supporting affidavit. Nor can a party defeat summary judgment by raising one immaterial issue of fact and ignoring the relevant but unconverted facts. Summary judgment is proper only when the moving party has established there is no genuine issue of material fact and he is entitled to

judgment as a matter of law.  *Roman v. United States Postal Service*, 821 Fed.2nd, 382, 385 (7th Cir., 1987).

    10.    The material dispute of fact is whether or not the Plaintiff appealed to the Director of the Department of Corrections.

    WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that this Motion for Reconsideration and Motion to Vacate Summary Judgment entered herein and Motion to Reinstate the Cause be granted.

                      JUSTIN HERRICK, Defendant

                      s/ Michael J. Costello
                      Michael J. Costello Bar Number 522627
                      Attorney for the Plaintiff
                      Costello Law Office
                      820 South Second Street
                      First Floor
                      Springfield, Illinois 62704
                      Telephone No.: (217) 544-5500
                      costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 9th day of July, 2007.


Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL  62706


                                                s/ Michael J. Costello
                                                _____


Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.:  (217) 544-5500
ARDC No.:  522627