IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, | ) |
| ADAM McDOWELL, GLENDA | ) |
| WORTLEY, DR. AHMED, and | ) |
| DR. LOCHARD, | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENT TO MOTION FOR RECONSIDERATION AND MOTION TO VACATE SUMMARY JUDGMENT ENTERED AS TO CERTAIN DEFENDANTS AND DISMISSAL AS TO ALL DEFENDANTS OF THE CAUSE WITHOUT PREJUDICE**

NOW COMES the Plaintiff, JUSTIN HERRICK, by and through his counsel, Michael J. Costello, and for his Supplement to Motion for Reconsideration and Motion to Vacate Summary Judgment Entered as to Certain Defendants and Dismissal as to all Defendants of the Cause Without Prejudice, respectfully states as follows:

1. The Plaintiff filed his Motion for Reconsideration on July 9, 2007 in this cause. The court's judgment was on the basis that the failure of the Plaintiff to exhaust his administrative remedies was fatal to the prosecution of this cause.

2. The Plaintiff in his response to the Motion for Summary Judgment attached and expressly incorporated therein as in *haec verba* the Administrative Review Board Return of Grievance or Correspondence signed by the Department but the copy submitted did not contain the Plaintiff's signature.

3.     Attached hereto and expressly incorporated herein by reference as though set forth in full as in *haec verba* is the Administrative Review Board's Return of Grievance or Correspondence by the Administrative Review Board dated June 20, 2005.

4.     The document attached hereto is proof of the appeal to the Director of the Department of Corrections because the conclusion is inescapable that you do not respond to a document that has never been presented or filed.

5.     The Plaintiff moves that the court vacate its orders of summary judgment and dismissal of the cause and proceed to disposition of all pending motions.

WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that this Supplemental Motion for Reconsideration and Motion to Vacate Summary Judgment entered herein be granted.

> JUSTIN HERRICK, Plaintiff

> s/ Michael J. Costello
> Michael J. Costello Bar Number 522627
> Attorney for the Plaintiff
> Costello Law Office
> 820 South Second Street
> First Floor
> Springfield, Illinois 62704
> Telephone No.: (217) 544-5500
> costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 11th day of July, 2007.

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL 62706

                                              s/ Michael J. Costello
                                              _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627

# Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Herrick, Justin**  K91865
  Last Name / First Name / MI / ID#

Facility: **Taylorville**

[X] Grievance (Local Grievance # if applicable): **6345**    or   [ ] Correspondence

Received: **5/19/05**    Regarding: **K9e**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- [ ] Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- [ ] Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).
- [ ] Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- [ ] Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**
- [ ] Contact your correctional counselor regarding this issue.
- [ ] Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- [ ] Contact the Record Office with your request or to provide additional information.
- [ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- [ ] Address concerns to:  Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**
- [ ] Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- [X] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- [ ] This office previously addressed this issue on ___/___/___.
- [ ] No justification provided for additional consideration.

Other (specify): **You filed grievances over 60 days later from alleged incident 2003, 2004 issues.**

Completed by: _____  **S. Benton**  **6/20/05**
  Print Name / Signature / Date

Distribution: Offender; Inmate Issues                    DOC 0070 (10/2001)
                                                         (Replaces DC 710-1274)