E-FILED
Monday, 23 July, 2007  04:02:34 PM
Clerk, U.S. District Court, ILCD

05415-P7839
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K-91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-3137 |
| ) | |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, DR. LOCHARD,) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

NOW COMES the Defendant, HUGHES LOCHARD, M.D. (incorrectly referred to as Dr. Lockhart), by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Response to Plaintiff's Motion to Reconsider and Motion to Vacate Summary Judgment, filed as Document No. 45, and Plaintiff's Supplement to Motion for Reconsideration and Motion to Vacate Summary Judgment, filed as Document No. 46, states:

1. Defendant adopts the arguments and law asserted by Co-Defendants in their Response, filed as Document No. 47, and their initial Motion to Dismiss regarding the legal requirements of exhaustion.

2. Plaintiff's Motion to Reconsider does not include any evidence that would prove exhaustion has occurred.

3. Defendant prays that the Court would enter summary judgment in favor of the Defendants as Plaintiff is unable to timely exhaust at this stage since he is no longer being treated by Dr. Lochard.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7839
TMP/ej

WHEREFORE, Defendant, HUGHES LOCHARD, M.D., prays that Plaintiff's Motion to Vacate is denied.

    Respectfully submitted,

    HUGHES LOCHARD, M.D., Defendant,

    HEYL, ROYSTER, VOELKER & ALLEN,
    Attorneys for Defendant,

BY:   /s/Theresa M. Powell
      Theresa M. Powell, #6230402
      HEYL, ROYSTER, VOELKER & ALLEN
      Suite 575, National City Center
      P. O. Box 1687
      Springfield, IL  62705
      Phone: (217) 522-8822
      Fax:    (217) 523-3902
      E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-P7839
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I electronically filed **Response to Plaintiff's Motion for Reconsideration** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Michael J. Costello
> costello.M@sbcglobal.net
>
> Michael Lanzdorf
> mlanzdorf@atg.state.il.us

and I hereby certify that on July 23, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822