IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, | ) |
| ADAM McDOWELL, GLENDA | ) |
| WORTLEY, DR. AHMED, and | ) |
| DR. LOCHARD, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO SHOW GOOD CAUSE WHY**
**DR. AHMED SHOULD NOT BE DISMISSED**

NOW COMES the Plaintiff, JUSTIN HERRICK, by and through his counsel, Michael J. Costello, and for his Response to Show Good Cause Why Dr. Ahmed Should not be Dismissed, respectfully states as follows:

1. The Plaintiff is unable to serve Dr. Ahmed because the Plaintiff still does not know the present whereabouts of Dr. Ahmed in order for him to be served.

2. The Plaintiff respectfully requests that the Defendant notify the Plaintiff of the present whereabouts of Dr. Ahmed if his whereabouts are known to the Defendant.

                      RESPECTFULLY SUBMITTED,
                      JUSTIN HERRICK, Plaintiff

                      s/ Michael J. Costello
                      Michael J. Costello Bar Number 522627
                      Attorney for the Plaintiff
                      Costello Law Office
                      820 South Second Street, First Floor
                      Springfield, Illinois 62704
                      Telephone No.: (217) 544-5500
                      costello.m@sbcglobal.net

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 17th day of March, 2008.

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL  62706

                                                       s/ Michael J. Costello
                                                       _____

Michael J. Costello
Attorney at Law
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.:  (217) 544-5500
ARDC No.:  522627