## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JUSTIN HERRICK, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART, | ) |
| Defendants. | ) |

## **DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, DAVID FREEMAN, ADAM McDOWELL, GREGORY SIMS, and GLENDA WORTLEY, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their Renewed Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure Rule 56(b). In support thereof, Defendants state as follows:

1. Plaintiff, an inmate incarcerated within the Illinois Department of Corrections, filed the instant action regarding events that occurred while he was in Taylorville Correctional Center.

2. There is insufficient evidence for a rational jury to find that Defendants were deliberately indifferent to Plaintiff's serious medical needs.

3. The Defendants are entitled to qualified immunity in this matter.

4. Attached hereto and incorporated herein is a memorandum of law in support of this motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request that this Honorable Court grant their Renewed Motion for Summary Judgment.

Respectfully submitted,

DAVID FREEMAN, ADAM McDOWELL, GREGORY SIMS, and GLENDA WORTLEY,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: mlanzdorf@atg.state.il.us

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| JUSTIC HERRICK, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED and DR. LOCKHART, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2008, I electronically filed Defendants' Renewed Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

Michael J. Costello / Email: costello.M@sbcglobal.net
Theresa M. Powell / Email: tpowell@hrva.com

Respectfully submitted,

  s/   Michael Lanzdorf
Michael J. Lanzdorf,  #6286675
Attorney for Defendants
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us