05415-P7839
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K-91865, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED, DR. LOCHARD, | ) |
| Defendants. | ) |

**MOTION FOR ORDER OF CLARIFICATION**

NOW COMES the Defendant, HUGHES LOCHARD, M.D., incorrectly referred to as Dr. Lockhart, by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his motion for clarification regarding this Court's Order dated February 29, 2008, Document No. 51, states:

1. This Court entered an Order on February 29, 2008, Document No. 51, setting forth a mini-scheduling order in conjunction with granting Plaintiff's Motion for Reconsideration in part.

2. Undersigned counsel reads the Court's Order as indicating that Plaintiff may pursue any and all claims he may have which could be considered timely in conjunction with a grievance filed on April 28, 2005. Defendant reads the Order as allowing claims for contacts with the undersigned Defendant which may have occurred sixty (60) days prior to April 28, 2005 to the present, but did not grant Plaintiff's Motion to Reconsider with respect to any encounters which may have taken place before that date.

3. The undersigned has reviewed the medical records and has some questions concerning whether or not there were any interactions between the Plaintiff and the undersigned Defendant during that time frame.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7839
TMP/ej

4. Nevertheless, undersigned has no specific evidence concerning Plaintiff's failure to exhaust those claims which may have arisen within sixty (60) days of April 28, 2005.

5. Undersigned counsel reads the Court's Order as indicating that additional dispositive motions on the remaining claims concerning exhaustion are to be filed by March 28, 2008.

6. Counsel reads this in this fashion as the Court also sets forth a discovery plan as to these remaining claims as to be submitted by April 28, 2008.  In general, Motions for Summary Judgment as to remaining claims would be filed after discovery is completed.  Defendant intends to file a Motion for Summary Judgment on the merits, if any contacts were maintained between the Plaintiff and the undersigned Defendant.

7. To the extent undersigned counsel has misread the Order, counsel adopts the arguments of the Co-Defendants regarding exhaustion.

          Respectfully submitted,

          HUGHES LOCHARD, M.D., Defendant,

          HEYL, ROYSTER, VOELKER & ALLEN,
          Attorneys for Defendant,

BY: /s/Theresa M. Powell
    Theresa M. Powell, #6230402
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL  62705
    Phone: (217) 522-8822
    Fax:    (217) 523-3902
    E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7839
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed **Motion for Order of Clarification** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Michael J. Costello
>costello.M@sbcglobal.net

>Michael Lanzdorf
>mlanzdorf@atg.state.il.us

and I hereby certify that on March 31, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

>None

>/s/Theresa M. Powell
>Theresa M. Powell, #6230402
>HEYL, ROYSTER, VOELKER & ALLEN
>Suite 575, National City Center
>P. O. Box 1687
>Springfield, IL  62705
>Phone: (217) 522-8822
>Fax:    (217) 523-3902
>E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822