05415-P7839
TMP/deb

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUSTIN HERRICK, K-91865, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3137 |
| | ) | |
| DAVID FREEMAN, GREGORY SIMS, ADAM McDOWELL, GLENDA WORTLEY, DR. AHMED, DR. LOCHARD, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED DISCOVERY PLAN

NOW COMES the Defendant, HUGHES LOCHARD, M.D., incorrectly referred to as Dr. Lockhart, by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to this court's order, defendant Lochard now submits a proposed discovery plan:

1. All discovery is to be completed by October 1, 2008.

2. Dispositive Motions are to be filed by December 1, 2008.

Respectfully submitted,

HUGHES LOCHARD, M.D., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:  /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-P7839
TMP/deb

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed **PROPOSED DISCOVERY PLAN** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Michael J. Costello
> costello.M@sbcglobal.net

> Michael Lanzdorf
> mlanzdorf@atg.state.il.us

and I hereby certify that on April 30, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

> None

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822