E-FILED
Monday, 05 May, 2008 01:51:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 06-3137 |
| ) | |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, DR.LOCHARD,) | |
| ) | |
| Defendants. ) | |

**SECOND MOTION TO CONTINUE FILING OF RESPONSE**

NOW COMES the Plaintiff, Justin Herrick, by and through his counsel, Michael J. Costello, and for his Motion to Continue Filing of Response, respectfully states as follows:

1. A response is due to the Motions of the Defendant on or before May 5, 2008.

2. An extension was granted on Motion of the Defendant on April 17, 2008.

3. Counsel for the plaintiff has been stricken with a severe virus of pneumonia and has been disabled, and has suffered a relapse during the period of extension.

4. Counsel has just returned to the office this week to appear for trials scheduled this week.

5. Counsel respectfully requests an extension of time to file his response for two weeks from this date.

WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that this Motion be allowed.

                                                      JUSTIN HERRICK, Defendant

                                                      s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.:  (217) 544-7500
costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 5th day of May, 2008.

David E. Risley
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL 62706

                                                        s/ Michael J. Costello
                                                  _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627