E-FILED
Monday, 02 June, 2008  02:41:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 06-3137 |
| ) | |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, DR.LOCHARD,) | |
| ) | |
| Defendants. ) | |

## THIRD MOTION TO CONTINUE FILING OF RESPONSE

NOW COMES the Plaintiff, Justin Herrick, by and through his counsel, Michael J. Costello, and for his Motion to Continue Filing of Response, respectfully states as follows:

1. A response was due to the Motions of the Defendant on or before May 19, 2008.

2. Counsel for the plaintiff was stricken with a severe virus of pneumonia and had been disabled for approximately one month.

3. Counsel has returned the office and is rapidly catching up on all pending matters.

4. Counsel respectfully requests an extension of time to file his response on or before Tuesday, June 10, 2008.

WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that this Motion be allowed.

        JUSTIN HERRICK, Defendant

        s/ Michael J. Costello
        Michael J. Costello Bar Number 522627
        Attorney for the Plaintiff
        Costello Law Office
        820 South Second Street
        First Floor
        Springfield, Illinois 62704
        Telephone No.: (217) 544-5500
        Fax No.: (217) 544-7500
        costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing and by enclosing same in an envelope addressed as shown and by depositing said envelope in the United States Mail in Springfield, Illinois on this 2nd day of June, 2008.

David E. Risley
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL 62706

                                            s/ Michael J. Costello
                                            _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627