E-FILED
Tuesday, 10 June, 2008  01:29:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JUSTIN HERRICK, K91865,      )
       )
     Plaintiff,      )
       )
   v.      )
       )    No.: 06-3137
       )
DAVID FREEMAN, GREGORY SIMS,  )
ADAM McDOWELL, GLENDA    )
WORTLEY, DR. AHMED, DR.LOCHARD,)
       )
    Defendants.    )

**FOURTH MOTION TO CONTINUE FILING OF RESPONSE**

NOW COMES the Plaintiff, Justin Herrick, by and through his counsel, Michael

J. Costello, and for his Fourth Motion to Continue Filing of Response, respectfully states

as follows:

1.     A response is due on or before Thursday, June 19, 2008 to the Motions of

the Defendant.

2.     Counsel has been unable to complete the responses of the Plaintiff due to

an extraordinary workload during the past week.  On Monday, June 2, 2008, counsel had

at least five cases which necessitated an appearance and traveled to Cass County for

hearing on said date.

3.     On Tuesday, June 3, 2008, counsel traveled to Montgomery County for a

status call on a civil matter.

4.     On Wednesday, June 4, 2008, counsel tried a contested petition to adopt a

minor child and had to attend other appearances.

5.     Since June 5, 2008, counsel has prepared for a federal sentencing hearing

in the United States District Court for the Central District before the Honorable Jeanne E.

Scott which is scheduled for June 9, 2008 and has prepared for jury trial in a civil case which is to commence on Tuesday, June 10, 2008.

      6.      By reason of the aforesaid, counsel has found it impossible to prepare the responses during the past week and respectfully asks for an extension to and including June 30, 2008.

      WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that this Motion be allowed.

                  JUSTIN HERRICK, Defendant

                  s/ Michael J. Costello
                  Michael J. Costello Bar Number 522627
                  Attorney for the Plaintiff
                  Costello Law Office
                  820 South Second Street
                  First Floor
                  Springfield, Illinois 62704
                  Telephone No.: (217) 544-5500
                  Fax No.:  (217) 544-7500
                  costello.m@sbcglobal.net

3:06-cv-03137-HAB-BGC     # 60     Page 3 of 3

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 10th day of June, 2008.


David E. Risley
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL  62706


                                              s/ Michael J. Costello

                                              _____



Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.:  (217) 544-5500
ARDC No.:  522627