E-FILED
Thursday, 19 June, 2008 02:57:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 06-3137 |
| ) | |
| DAVID FREEMAN, GREGORY SIMS, ) | |
| ADAM McDOWELL, GLENDA ) | |
| WORTLEY, DR. AHMED, DR.LOCHARD,) | |
| ) | |
| Defendants. ) | |

**FIFTH MOTION TO CONTINUE FILING OF RESPONSE**

NOW COMES the Plaintiff, Justin Herrick, by and through his counsel, Michael J. Costello, and for his Fifth Motion to Continue Filing of Response, respectfully states as follows:

1. The Response of the Plaintiff is due on or before Thursday, June 19, 2008.

2. Counsel has been engaged in trial and voluminous court appearances including doing pro bono work and complicated matters for persons who were unable to obtain counsel.

3. Counsel has begun preparation of the Response and respectfully requests an extension to and including June 26, 2008 because counsel is scheduled to begin trial either in Sangamon County on Monday, June 23, 2008 in the Circuit Court of Sangamon County in *People v. Hylton* or in the Circuit Court of Christian County in *People v. Merrifield* (it was resolved on June 19, 2008) and must attend a hearing in the Circuit Court of Montgomery County in the cause of *Maltby v. Maltby* which has been continued for months because of the physical disability of the opposing party's attorney. This matter involves child support for a disabled adult.

4. No further extension will be sought.

WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that this Motion be allowed.

        JUSTIN HERRICK, Defendant

s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.: (217) 544-7500
costello.m@sbcglobal.net

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 19th day of June, 2008.

David E. Risley
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL 62706

                                                s/ Michael J. Costello
                                                _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627