E-FILED
Tuesday, 29 July, 2008  08:33:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN HERRICK, K91865, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No.: 06-3137 |
| DAVID FREEMAN, GREGORY SIMS, | ) |
| ADAM McDOWELL, GLENDA | ) |
| WORTLEY, DR. AHMED, DR.LOCHARD, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff, Justin Herrick, by and through his counsel, Michael J. Costello, and for his Response to Defendants' Renewed Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure, Rule 56(b), respectfully states as follows:

1.  The Plaintiff admits the allegations of paragraph of Defendants' Renewed Motion.

2-3.  The Plaintiff denies each and every allegation of paragraphs 2 and 3 of Defendants' Renewed Motion and therefore, put the Defendants upon their strict proof.

4.  Attached hereto and expressly incorporated herein by reference as though set forth in full as in *haec verba* is Plaintiff's Memorandum in Support of his Response.

WHEREFORE, the Plaintiff, JUSTIN HERRICK, moves that the Defendants' Renewed Motion for Summary Judgment be denied.

JUSTIN HERRICK, Defendant

        s/ Michael J. Costello
Michael J. Costello Bar Number 522627
Attorney for the Plaintiff
Costello Law Office
820 South Second Street
First Floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
Fax No.: (217) 544-7500
costello.m@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing document was served on the following by electronic filing with the Clerk of the Court using the CM/ECF system this 28th day of July, 2008.

Theresa M. Powell
Heyl, Royster, Voelker & Allen
Suite 575, National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687

Michael J. Lanzdorf
Assistant Attorney General
400 South Second Street
Springfield, IL 62706

        s/ Michael J. Costello
        _____

Michael J. Costello
Attorney at Law
820 South Second Street
First floor
Springfield, Illinois 62704
Telephone No.: (217) 544-5500
ARDC No.: 522627